UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL<br><br>   Plaintiff,<br><br>   v.<br><br>JR CAPITAL, LLC, JONATHAN ROBERT WASSER,<br><br>   Defendants. | Case No. 2:25-cv-01419<br><br>**NOTICE OF REMOVAL** |

Defendants JR Capital, LLC and Jonathan Robert Wasser ("Defendants"), by and through their counsel, Husch Blackwell LLP, hereby give notice of the removal of this action from the Commonwealth of Pennsylvania, County of Montgomery to the United States District Court for the Eastern District of Pennsylvania, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446. Defendants provide the following statement for the grounds of removal:

1.  On or about February 13, 2025, Plaintiff Jourey Newell ("Plaintiff") commenced this action by filing a Complaint in the Commonwealth of Pennsylvania, County of Montgomery, Docket No. MJ-38109-CV-0000020-2025. This matter is captioned *Jourey Newell v. JR Capital, LLC, et al.* True and correct copies of the following documents are attached hereto as Exhibit A: the docket sheet, Civil Complaint, Notice of Intent to Defend, and all remaining documents.

2. Defendants received a copy of the Complaint by mail on February 20, 2025.

3. In the Complaint, Plaintiff alleges a cause of action against Defendants based upon the Telephone Consumer Protection Act ("TCPA"), which is found at 47 U.S.C. §227, et seq. *Id. et. Passim.* Plaintiff also asserts a claim against Defendants based on the Pennsylvania Telemarketer Registration Act ("PTRA"), which is found at 73 P.S. § 2241, et seq. *Id*. Specifically, Plaintiff alleges that, by texting Plaintiff's cell phone, Defendants violated the TCPA and the PTRA.

4. Pursuant to 28 U.S.C. § 1331, the United States District Courts "have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." This Court has jurisdiction over this matter under 28 U.S.C. §1331 because Plaintiff's TCPA claim arises under federal law.

5. In addition, under 28 U.S.C. § 1367, this Court has supplemental jurisdiction over Plaintiff's PTRA claim, because that claim is part of the same case or controversy as the federal claim over which this Court has original jurisdiction

6. This notice of removal is timely under 28 U.S.C. § 1446(b). Defendants do not concede that they have been properly served with the Complaint. Even if service was proper, however, this notice would be timely, because it is filed within thirty (30) days of the receipt of the Complaint by mail.

7. Pursuant to 28 U.S.C. § 1441(a), this case is appropriately removable to this Court, because this is the district and vision embracing the place (*i.e.*, Montgomery County) where the action is pending.

8. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice of Removal will be filed with the Commonwealth of Pennsylvania, County of Montgomery, simultaneously with the filing in this Court.

9. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice of Removal will be served upon Plaintiff.

10. This Notice of Removal is filed subject to and without waiver of any rights Defendants may have with respect to Plaintiff's claims.

**WHEREFORE**, Defendants respectfully request that this matter be removed from the Commonwealth of Pennsylvania, County of Montgomery, Docket No. MJ-38109-CV-0000020-2025 *Jourey Newell v. JR Capital, LLC, et al.*

    Respectfully submitted,

    */s/ Laura Conroy*
    Laura K. Conroy
    PA State Bar No. 206797
    **HUSCH BLACKWELL LLP**
    1801 Pennsylvania Avenue, NW
    Suite 1000
    Washington, D.C. 20006-3606
    Laura.Conroy@huschblackwell.com
    Tel: 202-378-5388
    Fax: 202-378-2319
    *Attorney for Defendants JR Capital LLC and Jonathan Robert Wasser*

Dated: March 17, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of the foregoing Notice of Removal on the following via certified and regular mail to:

Jourey Newell
411 Brandywine Lane
King of Prussia, PA 19406


Dated: March 17, 2025

By: */s/ Laura Conroy*
Laura Conroy