# EXHIBIT A

# Magisterial District Judge 38-1-09

## DOCKET



Docket Number: MJ-38109-CV-0000020-2025

## Civil Docket

JOUREY  NEWELL

v.

JR CAPITAL, LLC, JONATHAN ROBERT WASSER

Page 1 of 1

### CASE INFORMATION

| | | | |
|---|---|---|---|
| Judge Assigned: | Patrick O. Krouse | File Date: | 02/13/2025 |
| Claim Amount: | $12,000.00 | Case Status: | Active |
| Judgment Amount: | | County: | Montgomery |

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Civil Action Hearing | 03/19/2025 | 10:00 am | | Patrick O. Krouse | Scheduled |

### CASE PARTICIPANTS

| Participant Type | Participant Name | Address |
|---|---|---|
| Defendant | JR CAPITAL, LLC | SCOTTSDALE, AZ 85251 |
| Defendant | WASSER, JONATHAN ROBERT | SCOTTSDALE, AZ 85251 |
| Plaintiff | NEWELL, JOUREY | KING OF PRUSSIA, PA 19406 |

### DISPOSITION SUMMARY

| Docket Number | Plaintiff | Defendant | Disposition | Disposition Date |
|---|---|---|---|---|

### DOCKET ENTRY INFORMATION

| Filed Date | Entry | Filer | Applies To |
|---|---|---|---|
| 02/19/2025 | Certified Civil Action Hearing Notice Accepted | Magisterial District Court 38-1-09 | JONATHAN ROBERT WASSER, Defendant |
| 02/19/2025 | Certified Civil Action Hearing Notice Accepted | Magisterial District Court 38-1-09 | JR CAPITAL, LLC, Defendant |
| 02/13/2025 | Certified Civil Action Hearing Notice Issued | Magisterial District Court 38-1-09 | JONATHAN ROBERT WASSER, Defendant |
| 02/13/2025 | Certified Civil Action Hearing Notice Issued | Magisterial District Court 38-1-09 | JONATHAN ROBERT WASSER, Defendant JR CAPITAL, LLC, Defendant |
| 02/13/2025 | Civil Complaint Filed | JOUREY NEWELL | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data , errors or omissions on these docket sheets.  You should verify that the information is accurate and current by personally consulting the official record reposing in the court wherein the record is maintained.



COMMONWEALTH OF PENNSYLVANIA
COUNTY OF MONTGOMERY

**Civil Action Hearing Notice**

| | |
|---|---|
| Mag. Dist. No: MDJ-38-1-09 | |
| MDJ Name: Honorable Patrick O. Krouse | |
| Address: 168 Allendale Road<br>King of Prussia, PA 19406 | |
| Telephone: 610-265-3950 | |

JOUREY NEWELL
v.
JR CAPITAL, LLC, JONATHAN ROBERT WASSER

JR CAPITAL, LLC
6991 E. CAMELBACK RD. D201
SCOTTSDALE, AZ 85251

Docket No: MJ-38109-CV-0000020-2025
Case Filed: 2/13/2025

Your Role: Defendant

A civil complaint has been filed against you in the above captioned case.

A Civil Action Hearing has been scheduled to be held on/at:

| | |
|---|---|
| Date: **Wednesday, March 19, 2025**<br>Time: **10:00 AM** | Place: Magisterial District Court 38-1-09, King of Prussia<br>168 Allendale Road<br>King of Prussia, PA 19406<br>610-265-3950 |

## Notice To Defendant

You have been sued in court. If you wish to appear at the hearing and defend against the claims set forth in the complaint, you should notify this court in writing. You may give notice by completing the enclosed Notice of Intent to Defend form and returning it to the court. Alternatively, you may send the court a signed statement identical in content to the enclosed form. If you do not intend to dispute this claim, you do not need to appear in court and a judgment may be entered against you in your absence.

If you give written notice of intent to defend and attend the hearing, but the plaintiff does not appear at the hearing, then the magisterial district judge will enter judgment in your favor or continue the case for cause. If you do not give written notice of intent to defend and attend the hearing, but the plaintiff does not appear at the hearing, the magisterial district judge will continue the case. If you do not appear at the hearing, either a judgment will be entered against you or the case will be continued for cause. If a judgment is entered against you, you may lose money or property or other rights important to you.

If you have a claim against the plaintiff that is within the magisterial district court jurisdiction and that you intend to assert at the hearing, you must file it on a complaint form at this office at least five days before the date set for the hearing. No claim by the defendant will be permitted in a supplementary action filed for failure of a judgment creditor to enter satisfaction.

If you need information about hiring a lawyer to represent you in this matter, contact either your county bar association or legal services agency.

## Notice To Plaintiff

Pursuant to Pa.R.Civ.P.M.D.J. 318, you or your attorney will be notified if the defendant gives notice of his/her intention to defend.

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.

MDJS 308
Printed: 02/13/2025 9:05:34AM

1

 FREE INTERPRETER
www.pacourts.us/language-rights
610-265-3950

**COMMONWEALTH OF PENNSYLVANIA**

**COUNTY OF:** _____

**CIVIL COMPLAINT**

| | |
|---|---|
| **Magisterial District Number:** | **PLAINTIFF:**   NAME and ADDRESS |
| **MDJ Name:** Hon. Patrick O. Krouse | Jourey Newell<br>411 Brandywine Lane,<br>King of Prussia, PA 19406<br>(484) 213-4132 |
| **Address:** 168 Allendale RD.<br>King of Prussia, Pennsylvania 19406 | **VS.** |
| **Telephone:** ( 610 ) 265-3950 | **DEFENDANT:**   NAME and ADDRESS |

**DEFENDANT:** JR CAPITAL, LLC
6991 E. Camelback Rd. D201
Scottsdale, AZ 85251

Jonathan Robert Wasser
6991 E. Camelback Rd. D201
Scottsdale, AZ 85251

**Docket No.:** CV-20-25
**Date Filed:** 2/13/25

| | AMOUNT | DATE PAID |
|---|---|---|
| FILING COSTS | $ 207.25 | |
| POSTAGE | $ 19.00 | |
| SERVICE COSTS | $ | |
| CONSTABLE ED. | $ | |
| TOTAL | $ 226.25 | 2/13/25 |

*Social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.*

Pa.R.C.P.M.D.J. No. 206 sets forth those costs recoverable by the prevailing party.

**TO THE DEFENDANT: The above named plaintiff(s) asks judgment against you for $12,000** together with costs upon the following claim (Civil fines must include citation of the statute or ordinance violated):

I allege violations of the Federal Telephone Consumer Protection Act, as well as violations of the "Pennsylvania Telemarketer Registration Act", 73 P.S. 2245(a). On November 4th, 2022, Defendants texted my private mobile telephone number, (484) 213-4132 utilizing an Automatic Telephone Dialing System which displayed an (816) area code and was made to offer equipment financing. They placed further calls on January 24, 2023, February 22, 2024, and August 22, 2024. Defendants did not have prior consent to contact me, and my number was registered on the federal Do-Not-Call list since June 22, 2016, as well as the PA DNC List since October 5, 2018. Defendants therefore violated 47 U.S.C § 227(c)(3)(F), and 47 C.F.R. 64.1200(c)(2), as well as 47 CFR 64.1200(d)(1), 47 U.S.C § 227 (b)(1)(B), as well as 73 P.S. 2245(a). Defendants failed to maintain a written Do-Not-Call policy and failed to adhere to a direct DNC request, as was requested via letters sent August 7, 2023, as well as February 4, 2025. I hereby request judgment for the statutory minimum plus triple damages of $3000 for each use of an ATDS to initiate a sales call, for failure to provide a copy of their Do-Not-Call policy, failure to keep and maintain a Do-Not-Call Policy, for placing a sales call without prior express consent, and statutory minimum plus treble damages of $300.00 for violation of the Pennsylvania Do-Not-Call Registry x 4.

I, _____Jourey Newell_____ verify that the facts set forth in this complaint are true and correct to the best of my knowledge, information, and belief. This statement is made subject to the penalties of Section 4904 of the Crimes Code (18 PA. C.S. § 4904) related to unsworn falsification to authorities.

(Signature of Plaintiff or Authorized Agent)

The plaintiff's attorney shall file an entry of appearance with the magisterial district court pursuant to Pa.R.C.P.M.D.J. 207.1.

**IF YOU INTEND TO ENTER A DEFENSE TO THIS COMPLAINT, YOU SHOULD NOTIFY THIS OFFICE IMMEDIATELY AT THE ABOVE TELEPHONE NUMBER. YOU MUST APPEAR AT THE HEARING AND PRESENT YOUR DEFENSE. UNLESS YOU DO, JUDGMENT MAY BE ENTERED AGAINST YOU BY DEFAULT.**

If you have a claim against the plaintiff which is within the magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five days before the date set for the hearing.

**If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.**

AOPC 308A-11

# Notice of Language Rights



Language Access Coordinator
200 West Main Street Norristown, PA 19401
610-265-3950
languageaccesscoordinator@montcopa.org

**English:** You have the right to an interpreter at no cost to you. To request an interpreter, please inform court staff using the contact information provided at the top of this notice.

**Spanish/Español:** Usted tiene derecho a un intérprete libre de costo. Para solicitar un intérprete favor de informárselo al personal judicial utilizando la información provista en la parte superior de este aviso.

**Mandarin/Cantonese Simplified Chinese/普通话/粤语简体中文:** 您有权获得免费的口译员服务。若需要口译员，请使用本通知上方提供的联系信息通知法院工作人员。

**Mandarin/Cantonese Traditional Chinese/普通話/廣東話繁體中文:** 您有權要求免費傳譯服務。如欲要求傳譯服務，請參閱本通知頂部的聯絡資料，通知法庭職員。

**Arabic/العربية :** يحق لك الحصول على مترجم دون دفع أي تكلفة من جانبك. لطلب مترجم، يُرجى إعلام موظفي المحكمة باستخدام معلومات الاتصال المقدمة في الجزء العلوي من هذا الإشعار.

**Russian/Русский:** У вас есть право на бесплатные услуги переводчика. Заявка на переводчика подается в суд по адресу, телефону или эл. почте, указанным выше в заголовке этого уведомления.

**Vietnamese/Tiếng Việt:** Quý vị có quyền được một thông dịch viên giúp mà không tốn chi phí nào cả, xin hãy báo cho nhân viên tòa án dùng thông tin liên lạc có ở trên đầu thông báo này.

**Nepali/नेपाली:** तपाईंको निःशुल्क रूपमा भाषा अनुवादक राख्न पाउने अधिकार छ। अनुवादकको लागि अनुरोध गर्न, यस सूचनाको माथि दिइएको सम्पर्क जानकारी भरेर अदालतका कर्मचारीहरूलाई जानकारी दिनुहोस्।

**Korean/한국어:** 귀하는 비용에 대한 부담 없이 통역 서비스를 받을 권리가 있습니다. 통역 서비스를 요청하려면 본 통지서의 상단에 기재된 연락처를 통해 법원 직원에게 알리십시오.

**Polish/Polski:** Ma Pan/Pani prawo do nieodpłatnego skorzystania z usług tłumacza ustnego. Aby zwrócić się o wsparcie ze strony tłumacza ustnego, proszę skontaktować się z pracownikami sądu, korzystając z danych znajdujących się w górnej części niniejszego dokumentu.

**Punjabi/پنجابی/Pakistan:** تہاڈے کول بغیر ادائیگی کیتیاں اک مترجم حاصل کرن دا حق اے۔ مترجم دی درخواست کرن لئی، میربانی کر کے ایس نوٹس دے اُوتے فراہم کیتیاں دیاں معلومات نوں ورتدیاں عدالت دے عملے نوں اطلاع دوو۔

**Punjabi/ਪੰਜਾਬੀ /India:** ਤੁਹਾਨੂੰ ਇਕ ਦੁਭਾਸ਼ੀਆ ਹਾਸਲ ਕਰਨ ਦਾ ਹੱਕ ਹੈ, ਜਿਸ ਦੀ ਤੁਹਾਨੂੰ ਕੋਈ ਲਾਗਤ ਨਹੀਂ ਲੱਗੇਗੀ। ਦੁਭਾਸ਼ੀਏ ਲਈ ਬੇਨਤੀ ਕਰਨ ਵਾਸਤੇ, ਕਿਰਪਾ ਕਰ ਕੇ ਅਦਾਲਤ ਦੇ ਅਮਲੇ ਨੂੰ ਜਾਣੂ ਕਰਵਾਓ ਤੇ ਇਸ ਲਈ ਇਸ ਨੋਟਿਸ ਦੇ ਸਿਖਰ ਉਤੇ ਦਿੱਤੀ ਸੰਪਰਕ ਜਾਣਕਾਰੀ ਦਾ ਇਸਤੇਮਾਲ ਕਰੋ।

**Portuguese/Português:** Você tem direito a um intérprete gratuitamente. Para solicitar um intérprete, informe à nossa equipe usando os dados de contato mostrados na parte superior deste aviso.

**Somali/Somaali:** Waxaad xaq u leedahay in lagu turjumo lacag la'aan ah. Si aad u codsato turjumaanka, fadlan u sheeg maxkamadda shaqaalaha adiga oo isticmaala macluumaadka ciwaanka kor lagu siiyay ee ogeysiiskaan.

**Haitian Creole/Kreyòl Ayisyen:** Ou gen dwa resevwa sèvis yon entèprèt gratis. Pou mande pou yon entèprèt, tanpri fè manm pèsonèl tribinal la konnen lè ou sèvi avèk enfòmasyon an yo te bay ou nan tèt avi sa a.

**French/Français:** Vous avez le droit de bénéficier gratuitement de l'assistance d'un interprète. Pour en faire la demande, veuillez en informer le personnel du tribunal à l'aide des coordonnées indiquées en haut de page.

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF MONTGOMERY



**NOTICE OF INTENT TO DEFEND**

| Mag. Dist. No: | MDJ-38-1-09 |
|---|---|
| MDJ Name: | Honorable Patrick O. Krouse |
| Address: | 168 Allendale Road King of Prussia, PA 19406 |
| Telephone: | 610-265-3950 |

Magisterial District Court 38-1-09
168 Allendale Road
King of Prussia, PA 19406

JOUREY NEWELL
v.
JR CAPITAL, LLC, JONATHAN ROBERT WASSER

Docket No: MJ-38109-CV-0000020-2025
Case Filed: 2/13/2025

Notify this office if you intend to appear for hearing in WRITING or EMAIL: DC38109@montgomerycountypa.gov

I, _____ intend to present a defense at the hearing in the above captioned case.

_____        _____
Date                              Signature