#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOUREY NEWELL
   Plaintiff,
 vs.
JR CAPITAL, LLC
   Defendant.

Case No. 2:25-cv-01419

### ENTRY OF APPEARANCE AND JURY DEMAND

Kindly enter my appearance as attorney for Plaintiff in the above-captioned matter.

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff demands a trial by jury of any and all triable issues.

RESPECTFULLY SUBMITTED AND DATED this March 26, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
E.D. Pa. # 333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

### CERTIFICATE OF SERVICE

The foregoing document has been filed electronically, is available for viewing and downloading from the ECF system, and has been served on all parties of record via electronic service through the ECF system on March 12, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.