IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOUREY NEWELL                              :        Civil Action
                                           :
                  v.                       :
                                           :
    JR CAPITAL, LLC                        :No. 2:25-cv-01419

ORDER

This            2nd            day of                          April,                              ,
2025, it is hereby
          ORDERED that the application of Anthony Paronich _____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X]       GRANTED.[1]

[ ]       DENIED.

                                   /s/ Gerald Austin McHugh
                                   _____
                                                                      , J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system.  Instructions and forms are available on the Court website.