UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JR CAPITAL, LLC,<br><br>Defendant. | Case No. 2:25-cv-01419-GAM |

### DEFENDANT'S MOTION TO DISMISS COUNT II OF PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant, JR Capital, LLC ("JR Capital"), moves to dismiss Count II of Plaintiff's First Amended Class Action Complaint. JR Capital contemptuously files its brief in support of this motion.

Dated: April 21, 2025

Respectfully submitted,

 */s/ Scott J. Helfand*
Scott J. Helfand (Pro Hac Vice)
**HUSCH BLACKWELL LLP**
120 South Riverside Plaza
Suite 2200
Chicago, IL 60606
Scott.Helfand@huschblackwell.com
Tel: 312-341-9876
Fax: 312-655-1501

Laura K. Conroy
PA State Bar No. 206797
**HUSCH BLACKWELL LLP**
1801 Pennsylvania Avenue, NW
Suite 1000
Washington, D.C. 20006-3606
Laura.Conroy@huschblackwell.com
Tel: 202-378-5388
Fax: 202-378-2319

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically upon counsel of record by the filing of said document through the Court's electronic filing system on this 21st day of April 2025.

By: /s/ Scott J. Helfand
Scott J. Helfand
