UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JR CAPITAL, LLC,<br><br>Defendant. | Case No. 2:25-cv-01419-GAM |

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COUNT II OF PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**

Upon motion of Defendant JR Capital, LLC, and the Court now being sufficiently advised,

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss Count II of Plaintiff's First Amended Class Action Complaint with prejudice is granted.

**DONE AND ORDERED** this _____ day of _____, 2025.

_____
JUDGE