## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOUREY NEWELL,** individually and on behalf of all others similarly situated, *Plaintiff*, v. **JR CAPITAL, LLC** *Defendant.* | Case No. 2:25-cv-01419-GAM **CLASS ACTION** **JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

The Plaintiff, Jourey Newell, with the consent of Defendant JR Capital, LLC respectfully requests that he receive an extension of time to May 19, 2025 in order to oppose Defendant's Motion to Dismiss (ECF No. 13). This additional time is required to address all of the arguments made in the motion as well as due to the press of existing prior business and obligations.

RESPECTFULLY SUBMITTED AND DATED this April 28, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Pa. Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Andrew Roman Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

DATED this April 28, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.