IN IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOUREY NEWELL,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**JR CAPITAL, LLC**<br><br>*Defendant.* | Case No.<br><br>2:25-cv-01419-GAM<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED ORDER] GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

AND NOW, this _____ day of _____, 202___, upon consideration of the Plaintiff's Unopposed Motion for Extension of Time to oppose the Defendant's Motion, it is ORDERED that the motion is GRANTED. Plaintiff shall have until May 19, 2025 in order to oppose Defendant's Motion (ECF No. 13).

_____

Hon. Gerald A. McHugh, J.