IN IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOUREY NEWELL,** individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> **JR CAPITAL, LLC** <br><br> *Defendant.* | Case No. <br><br> 2:25-cv-01419-GAM <br><br> **CLASS ACTION** <br><br> **JURY TRIAL DEMANDED** |

<u>**ORDER GRANTING**</u>
<u>**UNOPPOSED MOTION FOR EXTENSION OF TIME**</u>

AND NOW, this 28th day of April, 2025, upon consideration of the Plaintiff's Unopposed Motion for Extension of Time to oppose Defendant's Motion to Dismiss Count II of Plaintiff's First Amended Class Action Complaint, it is **ORDERED** that the motion is **GRANTED**. Plaintiff shall have until **May 19, 2025** in order to oppose Defendant's Motion (ECF No. 13).

/s/ Gerald Austin McHugh
_____
United States District Judge