# IN IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOUREY NEWELL,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**JR CAPITAL, LLC**<br><br>*Defendant.* | Case No.<br><br>2:25-cv-01419-GAM<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**[Proposed Order] Denying Defendant's Partial Motion To Dismiss**

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Defendant JR Capital, LLC's Partial Motion to Dismiss (ECF No. 13, 14) is hereby DENIED.

*BY THE COURT:*

_____

Hon. Gerald A. McHugh, J.