IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOUREY NEWELL**, *individually and on behalf of all others similarly situated,* | : : : | |
| v. | : : | **CIVIL ACTION No. 25-1419** |
| **JR CAPITAL, LLC** | : : | |

## **ORDER**

This 16th day of July, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss, ECF 13, is **DENIED**.

   /s/ Gerald Austin McHugh
United States District Judge