### IN IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOUREY NEWELL,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**JR CAPITAL, LLC**<br><br>*Defendant.* | Case No.<br><br>2:25-cv-01419-GAM<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

### PRAECIPE TO ATTACH

To the Clerk: Kindly attach the enclosed Designation Form to the Plaintiff's Amended Complaint, ECF No. 10, indicating this case is ineligible for arbitration.

Dated: August 4, 2025

>  */s/ Andrew Roman Perrong*
>  Andrew Roman Perrong, Esq.
>  Perrong Law LLC
>  2657 Mount Carmel Avenue
>  Glenside, Pennsylvania 19038
>  Phone: 215-225-5529 (CALL-LAW)
>  Facsimile: 888-329-0305
>  a@perronglaw.com

### CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

August 4, 2025

>  */s/ Andrew Roman Perrong*
>  Andrew Roman Perrong, Esq.