**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOUREY NEWELL** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-1419** |
| | : | |
| **JR CAPITAL, LLC** | : | |

### ORDER

This 30th day of January, 2026, it is hereby **ORDERED** that a telephonic Rule 16 conference is scheduled for Tuesday, February 10, 2026, at 1:30 p.m. Counsel for Defendant is requested to create a conference line and forward the information by email to Plaintiff's counsel and Chambers.

    /s/ Gerald Austin McHugh
United States District Judge