IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOUREY NEWELL** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-1419 |
| | : | |
| **JR CAPITAL, LLC, ET AL.** | : | |

## ORDER

This 10th day of February, 2026, following a preliminary pretrial conference with counsel, it is hereby **ORDERED** as follows:

1) The parties shall have 60 days to conduct fact discovery as to whether the telephone number alleged to have been contacted was a residential or business number.

2) Any dispositive or partially dispositive motion following such fact discovery must be filed within 21 days thereafter, with responses due in accordance with the Local Rules.

3) If no motion is to be filed upon expiration of this initial discovery deadline, counsel show notify the court so that a further case management order can be entered.

/s/ Gerald Austin McHugh<br>
United States District Judge