**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOUREY NEWELL**, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> *v.* <br><br> **JR CAPITAL, LLC** <br><br> *Defendant*. | Case No. <br><br> 2:25-cv-01419-GAM <br><br><br> **Honorable Gerald A. McHugh** |

**JOINT STIPULATION FOR EXTENSION OF BIFURCATED DISCOVERY CUTOFF
AND RELATED DISPOSITIVE-MOTION DEADLINE**

Plaintiff, Jourey Newell, and Defendant, JR Capital, LLC, by and through their respective attorneys, move for a 30-day extension, until May 13, 2026, of the cutoff for the current phase of bifurcated discovery and an extension of the related dispositive-motion deadline.  In support of their stipulation, the parties state:

1. This is a putative class action challenging text messages under the Telephone Consumer Protection Act ("TCPA").

2. On February 10, 2026, the court bifurcated discovery to address whether the subject phone number—*i.e.,* the number to which Plaintiff alleges the challenged text messages were sent—is a residential or business number.

3. In its bifurcation order, the Court gave the parties 60 days, until April 13, 2026, to complete this phase of discovery.  Dckt. No. 28.  The Court also set a deadline of 21 days after the close of this phase of discovery for any party to file a dispositive or partially dispositive motion.  *Id*.

4.     The parties have exchanged written discovery requests and responses. Additionally, Defendant has produced documents, and Plaintiff is in the process of producing documents.

5.     In its discovery requests, Defendant seeks production of phone records for the subject phone number.  Defendant believes that these records bear upon the question of whether the subject phone number is residential.  Without agreeing to Defendant's position, Plaintiff has stated that, because he switched cell-phone providers during the relevant time period, some of the phone records are available only through third-party subpoena to the prior cell-phone provider.

6.     Defendant has issued a subpoena for those records.

7.     To allow time for receipt of the phone records followed by depositions of Plaintiff and Defendant, the parties seek a 30-day extension of the cutoff for the initial discovery phase.

8.     The parties further request that the deadline to file dispositive or partially dispositive motions be re-set to 21 days after the new cutoff for this initial discovery phase.

9.     The parties' request is made in good faith and not for purposes of undue delay.

WHEREFORE, the parties respectfully request that the Court grant a 30-day extension, until **May 13, 2026**, for the cutoff for the current phase of discovery, re-set the dispositive-motion deadline to **June 3, 2026**, and grant any further relief the Court deems appropriate.

Dated: March 30, 2026                                    Respectfully submitted,

**Attorneys for JOUREY NEWELL**                    **Attorneys for JR CAPITAL, LLC**

/s/ Andrew Roman Perrong                             /s/ Scott J. Helfand

Andrew Roman Perrong                                 Scott J. Helfand (Pro Hac Vice)
**PERRONG LAW LLC**                                 **HUSCH BLACKWELL LLP**
2657 Mt. Carmel Ave                                  120 South Riverside Plaza
Glenside, PA 19038                                   Suite 2200

215-225-5529
Fax: 888-329-0305
Email: a@perronglaw.com

Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street
Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com
Tel: 508-221-1510

Chicago, IL 60606
Scott.Helfand@huschblackwell.com
Tel: 312-341-9876
Fax: 312-655-1501

Laura K. Conroy
PA State Bar No. 206797
**HUSCH BLACKWELL LLP**
1801 Pennsylvania Avenue, NW
Suite 1000
Washington, D.C. 20006-3606
Laura.Conroy@huschblackwell.com
Tel: 202-378-5388
Fax: 202-378-2319

**APPROVED BY THE COURT:**


 **/s/ Gerald Austin McHugh**
**United States District Judge**

                    **3/30/26**