**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOUREY NEWELL**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>**JR CAPITAL, LLC,**<br><br>*Defendant*. | Case No.<br><br>2:25-cv-01419-GAM<br><br><br>**Honorable Gerald A. McHugh** |

**JOINT STIPULATION FOR A 14-DAY SECOND EXTENSION OF BIFURCATED DISCOVERY CUTOFF AND RELATED DISPOSITIVE-MOTION DEADLINE**

Plaintiff, Jourey Newell, and Defendant, JR Capital, LLC, by and through their respective attorneys, move for a 14-day extension, until May 27, 2026, of the cutoff for the current phase of bifurcated discovery and an extension of the related dispositive-motion deadline.  In support of their stipulation, the parties state:

1.      This is a putative class action challenging text messages under the Telephone Consumer Protection Act ("TCPA").

2.      On February 10, 2026, the court bifurcated discovery to address whether the subject phone number—*i.e.,* the number to which Plaintiff alleges the challenged text messages were sent—is a residential or business number.  In its bifurcation order, the Court gave the parties 60 days, until April 13, 2026, to complete this phase of discovery.  Dckt. No. 28.  The Court also set a deadline of 21 days after the close of this phase of discovery for any party to file a dispositive or partially dispositive motion.  *Id*.

3.      On March 31, 2026, pursuant to the parties' request, the Court entered a stipulation extending the above deadlines by 30 days.  Dckt. No. 31.  Under the extended

deadlines, the current phase of discovery closes on May 13, 2026, and the dispositive motion deadline is extended to June 3, 2026.  *Id*.

4.      In addition to exchanging written discovery requests and responses and document production, the parties have scheduled depositions.

5.      Plaintiff's deposition is scheduled for May 13, 2026.

6.      However, because of, among other things, scheduling conflicts relating to the date for Defendant's deposition, the parties seek to take Defendant's deposition on May 27, 2026.

7.      To allow time to do so, the parties seek a 14-day extension of the cutoff for the initial discovery phase.

8.      The parties further request that the deadline to file dispositive or partially dispositive motions be re-set to 21 days after the new cutoff for this initial discovery phase.

9.      The parties' request is made in good faith and not for purposes of undue delay.

WHEREFORE, the parties respectfully request that the Court grant a 14-day extension, until May 27, 2026, for the cutoff for the current phase of discovery, re-set the dispositive-motion deadline to June 24, 2026, and grant any further relief the Court deems appropriate.

Dated: May 6, 2026                                          Respectfully submitted,

**Attorneys for JOUREY NEWELL**                 **Attorneys for JR CAPITAL, LLC**

*/s/ Andrew Roman Perrong*                            */s/ Scott J. Helfand*

Andrew Roman Perrong                             Scott J. Helfand (Pro Hac Vice)
**PERRONG LAW LLC**                              **HUSCH BLACKWELL LLP**
2657 Mt. Carmel Ave                              120 South Riverside Plaza
Glenside, PA 19038                               Suite 2200
215-225-5529                                     Chicago, IL 60606
Fax: 888-329-0305                                Scott.Helfand@huschblackwell.com
Email: a@perronglaw.com                          Tel: 312-341-9876
                                                 Fax: 312-655-1501

Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street
Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com
Tel: 508-221-1510

Laura K. Conroy
PA State Bar No. 206797
**HUSCH BLACKWELL LLP**
1801 Pennsylvania Avenue, NW
Suite 1000
Washington, D.C. 20006-3606
Laura.Conroy@huschblackwell.com
Tel: 202-378-5388
Fax: 202-378-2319

**APPROVED BY THE COURT:**

 /s/ Gerald Austin McHugh
United States District Judge

5/06/26

3