# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT

OF PENNSYLVANIA

* * * * * * * *

JOUREY NEWELL,        *

individually and on  *

behalf of all others *

similarly situated,  *

    Plaintiffs        *Case No.

    vs.               *2:25-cv-01419-GAM

JR CAPITAL, LLC,      *

    Defendant          *

* * * * * * * *

DEPOSITION OF

PARIS ROBBINS

May 27, 2026

Any reproduction of this transcript is prohibited without authorization by the certifying agency.

Sargent's Court Reporting Service, Inc.
(814) 536-8908

11

Q.     What is JR Capital, LLC?

A.     We are a business that provides financing for businesses throughout America.

Q.     Does JR Capital also sell construction equipment?

A.     No.

Q.     Does it finance construction equipment?

A.     For businesses, yes.

Q.     When you say that JR Capital doesn't sell construction equipment, how does it finance it?  Does it finance deals through other companies or ---?

A.     We finance the equipment that the buyer is purchasing.

Q.     Okay.

What is JR Capital's primary place of business?

A.     Primary like location?

Q.     Yes.

A.     Scottsdale, Arizona.  And --- we're headquartered in Scottsdale, Arizona.  We also have an office in

14

answer, you can answer the question.

A.    Which list are you referring to?

Q.    Let's start with my next question, which is where did JR Capital obtain the Plaintiff's telephone number from?

A.    Dun and Bradstreet.

Q.    And that Dun and Bradstreet List, do you handle the purchasing of that list?

A.    Yes.

Q.    What did you do to prepare for today's deposition?

A.    I met with counsel.

Q.    For approximately how long did you meet with counsel?

A.    I would say several hours.

Q.    Did you speak with any current or former JR Capital employees to prepare for your deposition?

A.    I specifically met with my executive team.

Q.    Who on your executive team did you meet with?

17

in JR Capital's CRM system with respect to this lawsuit?

A.    Where we got the --- where we got Newell's business contact.

Q.    And what did that review reveal?

A.    It reviewed --- it revealed that it is a business and we got it from Dun and Bradstreet.  It also specifically stated the SIC code, the address to the customer --- the address to the business and also the --- the phone number to the business.

Q.    What address to the business was provided?

A.    If you show it to me --- I don't have it.  I think it was 409 Brandywine going off memory.

Q.    Did you provide those CRM records to your lawyers?

A.    Yes.

Q.    To whom does JR Capital markets its financing services?

A.    Businesses.

Q.    What specific businesses?

18

A.      Literally any business that's buying equipment throughout America.

Q.      Is one of the ways that JR Capital Markets by sending text messages?

A.      Yes.

Q.      And from where does it obtain the phone numbers that it sends those text messages?

ATTORNEY HELFAND:

Objection to scope. Andrew, I'm giving you some leeway, but let's keep it focused on Mr. Newell.

THE WITNESS:

We got Newell's business contact information from Dun and Bradstreet, which is a database for businesses throughout America.

BY ATTORNEY PERRONG:

Q.      Does JR Capital also use Fleet Seek and Randall Reilly?

A.      Yes.

Q.      Was Mr. Newell's information

19

obtained from either Fleet Seek or Randall Reilly?

A.    No.

Q.    How then does Fleet Seek and Randall Reilly fit into this litigation?

A.    At the time, we believed that we got Newell's business contact information from Fleet Seek or Randall Reilly.  But through further investigation we found it actually came from Dun and Bradstreet.

Q.    Do you have a copy of that Dun and Bradstreet record with --- with respect to the Plaintiff?

A.    Yes.

Q.    We'll follow up with you on that.  What specifically did JR Capital request for purchase from Dun and Bradstreet with respect to the Plaintiff's number?

A.    Just all information pertaining to Newell's business that they had.

Q.    So does JR Capital just go to Dun and Bradstreet looking for

20

information on specific businesses?

A.    No.   We get it --- we had a subscription.   I believe it was a one year subscription where we're allowed to get business information.

Q.    So that subscription, does that --- is that for all sorts of industries or is it limited to specific businesses or how does that access operate?

A.    I don't know all of Dun and Bradstreet's industries and services, but I can tell you that we are interested in serving any business throughout America.

Q.    So you --- what was the scope of the lead --- or of the data containing Mr. Newell's number from which you purchased from Dun and Bradstreet?

                    ATTORNEY HELFAND:

                    Objection.  Form.

                    THE WITNESS:

                    Can you --- can you rephrase the question?

23

export records.

Q.    Do you know where Dun and Bradstreet obtained the Plaintiff's telephone number from?

A.    I do not.

Q.    Does Dun and Bradstreet identify whether or not a telephone number is residential or --- a residential landline or a cell phone?

A.    We are told that the entire database is for businesses.

Q.    Does it distinguish between personal cell phone numbers and other ---?

A.    I can specifically say, like on the field, cell phone, no, it just says business phone number or phone number.

Q.    Okay.

A.    I believe it just says phone or business phone.

Q.    I think that's a big distinction.  So does it say phone or does it say business phone?

A.    Scott, we sent that over.

28

but it sounds like your testimony today is that you only received the phone number from Dun and Bradstreet?

    ATTORNEY HELFAND:

    Objection.  Form.

    THE WITNESS:

    Yeah, we --- we received Newell's business contact information from Dun and Bradstreet.

BY ATTORNEY PERRONG:

Q.    Not from Randall Reilly?

A.    Correct.

Q.    And you see where it says here the company name?

A.    Yes.

Q.    The company name is simply Mr. Newell's name, isn't it?

A.    That's his business name.

Q.    So it's JR Capital's contention that Mr. Newell's business name is Jourey Newell?

A.    Correct.  Sole proprietorship.

Q.    Where in here does it say that it's a sole proprietorship?

29

A.    Well, Dun and Bradstreet provides business contact information. And if you look at SIC code 0782, that's a landscaping business, which is acknowledged by the IRS and the state.

Q.    And there's two phone number --- there's two fields for the phone number listed here.  Do you see that?

A.    Yep.

Q.    And it has the Plaintiff's phone number.

ATTORNEY HELFAND:

Objection, form.

THE WITNESS:

Well, his business phone number.

BY ATTORNEY PERRONG:

Q.    Where does it say that this is his business number?

A.    Well, all records from Dun and Bradstreet are businesses.

Q.    What is lead source heavy metal mean?

A.    That's just a lead source that

30

we identify Dun and Bradstreet as for our sales floor.

Q.    So Dun and Bradstreet is heavy metal?

A.    Correct.

Q.    All right.

I'm done with this.  Once you obtain a telephone number, like the Plaintiffs from Dun and Bradstreet, walk me through the process of how that number is contacted.

ATTORNEY HELFAND:

Objection, form.

THE WITNESS:

Can you rephrase the question?

BY ATTORNEY PERRONG:

Q.    Yes.  Once you obtain the Pl --- a number like the Plaintiff's phone number from Dun and Bradstreet, how is it --- how is it that the telephone number ends up getting contacted by JR Capital?

A.    Well, they're --- they're businesses and we're partnered with a

31

vendor, SlickText.

Q.    Who loads the phone numbers into the SlickText system?

A.    Me.

Q.    And then do you dial those numbers en masse?  Are they dialed one by one?  How are they --- how are they contacted?

A.    Texted ---.

ATTORNEY HELFAND:

One second, Paris.  So, objections.  I think you're going beyond the scope there, Andrew.

BY ATTORNEY PERRONG:

Q.    Once the number is contacted, is any sort of disposition entered, for example, that it's a business number or that a receptionist answered or something like that?

A.    They're all businesses.

Q.    I appreciate that, but my question is a little different.  My question is, once the number is contacted, are any notes made in

32

SlickText or JR Capital's CRM system to indicate, for example, that it's a business number or that somebody spoke to a receptionist, something like that?

A.    Yes, there's --- there's notes taken on feedback.

Q.    Are there any notes that exist as to Mr. Newell's number?

A.    Yes.

Q.    What are those notes?

A.    Well, his email to us.

Q.    Why did you contact Mr. Newell after he emailed you and informed you that he was an individual and did not desire to receive these messages?

                ATTORNEY HELFAND:

                Objection.  Form.

                THE WITNESS:

                I mean, it was a human error that we missed Newell's business contacting us.  We do have a procedure in place that allows businesses to opt out of our --- of our text messages,

33

but unfortunately, a human error, we missed his email.

BY ATTORNEY PERRONG:

Q.    What was the error that caused the email to be missed?

A.    Just human error.  We get a lot of emails.  Unfortunately, it was missed.

Q.    Do you recall from what email Mr. Newell sent the email to JR Capital from here?

A.    What email he sent from?

Q.    Yes.

A.    I do not.  Not offhand.  We have a record of it.  I don't --- I don't know off the top of my head.

Q.    I'll bring it up for you.

ATTORNEY HELFAND:

Are you going to mark this?

ATTORNEY PERRONG:

As Exhibit 2.

ATTORNEY HELFAND:

Great.  Thank you.

---

35

BY ATTORNEY PERRONG:

Q.    Yes.

A.    Oh, looks like it's from his personal name.  What day was this?  Can you go back up, please?

Q.    It's dated August 7th, 2023.

A.    I don't know.  Wait, let me --- let me see that again.  Looks like this is from his --- his business.

Q.    So it's JR Capital's contention that the address 671 Gulf Road and Mr. Newell's name in an email with no reference to Mr. Newell's business is from Mr. Newell's business?

ATTORNEY HELFAND:

Objection, form.

THE WITNESS:

Wait.  Rephrase the question.

BY ATTORNEY PERRONG:

Q.    Yeah.  So where in this email does Mr. Newell reference his business?

A.    Well, the phone number.  We reconciled the phone number in the

36

email to Newell's business in our CRM.

Q.    Can you please read the highlighted portion for me?  Hold on. It's not highlighting for some reason.

A.    Well, I see the phone number. XXX-XXX ---.

Q.    Can you please just read the highlighted portion for me?

A.    Out loud?

Q.    Yes.

A.    Please provide me with a copy of your company's do not call policy. Please cease and desist all telemarketing calls to my mobile telephone, XXX-XXX-XXXX.  I don't believe that I've ever provided my consent for your company to call my cellular telephone number, XXX-XXX-XXXX.

Q.    Does Mr. Newell say that this is his business telephone number?

A.    No.

Q.    He says it's a cell phone number.

       Right?

38

Q.     And it didn't undertake any other steps besides obtaining the number from Dun and Bradstreet before it was contacted.

Right?

                    ATTORNEY HELFAND:

                    Objection.  Form.

                    THE WITNESS:

                    Correct.  Well, can you specifically say what do you mean by steps?

BY ATTORNEY PERRONG:

Q.     It went straight from Dun and Bradstreet into SlickText.

Correct?

A.     I mean, that wasn't the exact steps, but ---.

Q.     Okay.

Then what are the exact steps?

A.     We get the content --- we get an Excel --- we got this contact information through an Excel, which is saved in our database and then also uploaded to SlickText, which is one of our vendor partners.

39

Q.      So it goes from an Excel spread --- from Dun and Bradstreet to an Excel spreadsheet to SlickText?

A.      Correct.  And our Salesforce.

Q.      And then it's called from SlickText?

A.      Texted.

ATTORNEY HELFAND:

Objection, form.

THE WITNESS:

Texted.

BY ATTORNEY PERRONG:

Q.      Does JR Capital scrub telephone numbers against the National Do Not Call Registry?

A.      It does not need to because we don't --- because it does not pertain to ---.  Well, I'm not a lawyer, but my understanding is that DNC does not apply to businesses.

Q.      So the answer is no?

A.      Yeah.  No.  No.

Q.      Does JR Capital maintain an internal call list?

A.      By internal you mean just ---

40

can you --- can you specifically ---?

Q.    Yeah.  As opposed to the National Do Not Call List, does it maintain an internal do not call list?

A.    Yes, yes.

Q.    Does it also maintain an internal do not call policy?

A.    Not a written policy, no.  I mean, there's a rule saying that if someone doesn't want to be contacted, we have a procedure in place to remove them to never be contacted.

Q.    How often does JR Capital get complaints that it's contacting individuals and not businesses?

ATTORNEY HELFAND:

Objection.  Beyond the scope.

ATTORNEY PERRONG:

Are you instructing him not to answer?

ATTORNEY HELFAND:

I mean, it has nothing to do with whether or not Newell's number is residential.

42

contend that Mr. Newell's telephone number is his business telephone number?

ATTORNEY HELFAND:

Objection, form.

THE WITNESS:

Say that again.  Are we --- did you ask if we're pretending?

BY ATTORNEY PERRONG:

Q.    No, I said contending.

A.    Oh.  Because, like I said, we --- Dun and Bradstreet provides business data for businesses throughout America.  That's where we got his information.  And also the fields stipulated in the --- in the database pertaining to Newell all point to the fact that he's --- he's a business, the SIC code, the industry.

Q.    Does JR Capital have any evidence of how Newell actually used the number daily?

A.    I mean, I don't have all the evidence.  I have --- I have --- I see

46

and it's --- especially the fact that it says LLC, yes. You are advertising yourself as a business in my personal opinion. But I'm not a lawyer.

BY ATTORNEY PERRONG:

Q.    The Dun and Bradstreet information that you claim to have relied on doesn't use Mr. Newell's name as an LLC, does it?

A.    As an LLC, no, at the time. Maybe it does now. At the time referencing 2022.

Q.    Did JR search any records prior to contacting Mr. Newell's number to determine whether or not it was a residential number or business number?

ATTORNEY HELFAND:

Objection. Form.

THE WITNESS:

Again, it's Newell's business, what came from Dun and Bradstreet which is database of all businesses.

BY ATTORNEY PERRONG:

47

Q.    Did anyone from Dun and Bradstreet make any representations to JR Capital that the numbers it was providing were business numbers?

A.    I don't know what the word representation --- it sounds like a legal word, but in terms of how it was advertised and sold to us, it was sold to us as a database of businesses.

Q.    Do you have writings showing how the Dun and Bradstreet data was sold to you?

A.    We have a contract.  Yes.  I believe it's clearly states D&B Hoovers, which is known as their business database.  B2B (phonetic).

Q.    Did JR Capital ever go back to Dun and Bradstreet to dispute or verify its classification of Mr. Newell's number?

A.    No.

ATTORNEY PERRONG:

Scott, I don't see the Dun and Bradstreet contract in any of the productions.  Do you

52

Right?  Yeah, that's me.

Q.    Can you explain why it says name is Paris Robbins, but under the signature, it appears to be Mr. Wasser's signature?

A.    I should have told you just go to the bottom.  Well, I can sign on behalf of the company.

Q.    Where in this document, including terms and conditions, does it state that Dun and Bradstreet is providing you business telephone numbers?

A.    Scroll to the top.

Q.    Yep.

A.    Include 5,000 company, number of company, plus contact bundle.  Go down.  And then also D&B Hoover's, the service name.  Everyone knows D&B Hoovers is a credit reporting database for all businesses.  There you go. D&B Hoovers.

Q.    And can you explain to me this hard bounce contact replacement guarantee?  It discusses undeliverable

56

ATTORNEY HELFAND:

Sounds good.

BY ATTORNEY PERRONG:

Q.    Is there anything that you'd like me --- like to add or clarify about the testimony you've given today?

A.    Scott, should I add anything?

ATTORNEY HELFAND:

You're the witness.

BY ATTORNEY PERRONG:

Q.    He can't tell you.

A.    Yeah, I just want to clarify ---- I just want to reiterate the fact that JR Capital finances businesses throughout America for businesses only.  And we got Newell's business contact information from Dun and Bradstreet hoping and --- he would benefit from our business financing services.

Q.    All right.

ATTORNEY PERRONG:

I have no further questions.  Turn it over to

58

COMMONWEALTH OF PENNSYLVANIA  )

COUNTY OF LUZERNE              )

CERTIFICATE

I, Samantha Bruer, a Notary Public in and for the Commonwealth of Pennsylvania, do hereby certify:

That the witness, Paris Robbins, whose testimony appears in the foregoing deposition, was duly sworn by me on 5/27/26 and that the transcribed deposition of said witness is a true record of the testimony given by said witness;

That the proceeding is herein recorded fully and accurately;

That I am neither attorney nor counsel for, nor related to any of the parties to the action in which these depositions were taken, and further that I am not a relative of any attorney or *counsel* employed by the parties hereto, or financially interested in this action.

Dated the 3rd day of June, 2026

Commonwealth of Pennsylvania - Notary Seal
Samantha Bruer, Notary Public
Luzerne County
My Commission Expires April 15, 2027
Commission Number 1289927

Samantha Bruer,

Court Reporter