# EXHIBIT B

# dun & bradstreet

# ORDER FORM

CUSTOMER NAME: JR Capital

ORDER #: 00316071.0

CUSTOMER D-U-N-S® #: 117550909                    ORDER DATE: 9/29/2022

## PRODUCT DESCRIPTION

**SERVICE NAME:  D&B Hoovers**

| | |
|---|---|
| SERVICE START DATE: | 9/29/2022 |
| SERVICE END DATE: | 9/28/2023 |
| EXPIRATION OPTION: | Service Termination |
| D&B HOOVERS PACKAGE: | Explore |
| NUMBER OF SEATS: | 1 |

Includes: 5,000 Company and 5,000 Contact Exports per seat

Number of Company+Contact Bundle Exports for acquisition          15,000

## LICENSE TERM

Initial Term of License:                    9/29/2022 - 9/28/2023

Each period specified herein, beginning with the applicable Service Start Date(s) and ending with the applicable Service End Date(s), is referred to as a "Contract Term" (or individually as "Contract Term 1", "Contract Term 2" etc., as applicable).

*This section applies only to Services licensed hereunder which are identified with an "EXPIRATION OPTION" of "Automatic Renewal".*  This Order shall automatically renew for successive 12-month renewal terms unless either party notifies the other at least thirty (30) days prior to the expiration of the then current Contract Term.  Any such notice by Customer shall be submitted via the online form at www.dnb.com/AutoRenewalCancellation. The fees applicable to an automatic renewal term shall include a percentage increase of the fee for the immediately preceding Contract Term (see PRODUCT DESCRIPTION section above).  This automatic renewal language does not apply to Trial, Proof of Concept, no-fee, Service Termination, or orders with a total term of less than 12 months.

## INVESTMENT                    **Currency: USD**

| Contract Term 1 | $7,800.00 |
|---|---|

## PAYMENT INFORMATION

| Payment Terms: | Quarterly – Installments every three (3) months commencing on the effective date for each quarter within the Contract Term<br>Due upon receipt |
|---|---|
| Payment Method: | Pay by Credit/Debit Card |
| Customer will be billed applicable shipping and sales taxes upfront, regardless of billing frequency or payment schedule for Services. | |

**EXHIBIT**

**3**

05-27-2026          SB

## TERMS & CONDITIONS

This Order is placed by Customer with Dun & Bradstreet, Inc. ("D&B"), pursuant to the General Terms & Conditions (hereinafter referred to as the "Governing Terms") available at: www.dnb.com/generalterms.

The Services under this Order may only be used by Customer in the United States to support its U.S. business.

## TERMS & CONDITIONS - D&B Hoovers

Hard Bounce Contact Replacement Guarantee
- D&B will replace contact credits for any contact sourced from the Service which has an undeliverable email address provided that, no more than once a quarter, Customer submits the bounce report and list of email addresses to D&B at https://support.dnb.com/. D&B will then credit Customer's account an equal number of credits. Credits for undeliverable emails during the final three months of a particular Contract Year will only be carried over to the Contract Year immediately following such Contract Year, if any.
- Unused Records at the end of the Contract Terms are forfeited and may not be carried over to subsequent Contract Terms.

D&B shall issue to Customer a confidential access code assigned to Customer ("Customer Account ID") for authorized use and access to the Services by a user.  Customer may provide the Customer Account ID to its employees, up to the quantity of Seat(s) licensed hereunder (each, an "Authorized User").  A "User ID" means the unique and distinctive "log-on" identifier selected by an Authorized User that is used in conjunction with a user selected password that enables authorized access to the Services. Each individual Authorized User represents one Seat, regardless of whether the individual is actively using the Service at any given time. No User ID sharing is permitted except in the event of a transition of responsibilities from a current authorized individual to his or her replacement, which shall be no longer than thirty (30) days. Information accessed through the Services may not be shared outside of the licensed seat population.  Users shall not copy, download, upload or in any other way reproduce Information to create a master data management solution.

Systematic access or extraction of content from the Service, outside of the features provided within the Service to perform such extraction, including the use of data scraping programs such as "bots" or "spiders", is prohibited.

## AGREED TO BY

| JR Capital | | Dun & Bradstreet, Inc. | |
|---|---|---|---|
| Authorized Signature: | *Jonthan Wasser (Sep 28, 2022 15:07 PDT)* | Authorized Signature: | *Ashley Cummings (Sep 28, 2022 17:58 EDT)* |
| Name: (Please Print) | Paris Robbins | Name: (Please Print) | Ashley Cummings |
| Title: | SVP, Business Development | Title: | Trade Credit Account Executive |
| Date: | 09/28/2022 | Date: | 09/28/2022 |
| Purchase Order #: (optional) | | | |

## ADDRESS INFORMATION

Commercial in Confidence

| Ship To | Bill To | Contract Admin |
|---|---|---|
| Paris Robbins<br>JR Capital<br>44 W. Monroe St.<br>Phoenix<br>AZ 85003<br>USA | Paris Robbins<br>JR Capital<br>44 W. Monroe St.<br>Phoenix<br>AZ 85003<br>USA | Paris Robbins<br>paris@jrwcap.com |

## SALES EXECUTIVE DETAILS

| Name: Ashley Cummings | |
|---|---|
| Telephone #: (610) 882-7835 | E-Mail:  cummingsa@dnb.com |

Page **3** of **4**

Commercial in Confidence