# EXHIBIT F

# Home Improvement
## CONSUMER INFORMATION

## Search

**Registration No.**

PA

**Business Name**

Newell Contracting

**Primary Applicant**

**Address**

**City**

**State**

Pennsylvania

**Zip**

**County**

Any County

**Phone**

**Type of Work**

Any Type of Work

*Since the 'Type of Work' field is new, there is limited data for most of existing contractors. Therefore, specific results may not be available at this time.*

## Important ⌄

*Registration under HICPA is not an endorsement, recommendation, or approval by the Office of Attorney General.*

**Please Note:** Our search function has multiple features. Please read the instructions carefully.

- If you have the contractor's **"Registration Number"**, fill in that field. This may provide an exact result.
- If you combine multiple filters, it may provide more specific results.
- Search results will only display active registrations. The results obtained can be downloaded in **".xlsx"** (Excel) format (📗).
- Redacted Business Reports are unavailable at this time. We apologize for the inconvenience.

If you experience difficulties related to the search function or have additional questions, please call our Helpline at 1 (888) 520-6680 or email us at hic@attorneygeneral.gov.

*The displayed results are based on information provided by the contractor on their registration form pursuant to the requirements of the Home Improvement Consumer Protection Act (HICPA).*



**EXHIBIT 3**
Witness: Jourey Newell
Date: 05/13/26
Stenographer: Andrew R. Pitts, CSR, RPR

?



🔍 Search | Clear

✅ Success!  CLOUDFLARE
Privacy • Help

## Results

DOWNLOAD AS 📊

| Business | Registration No. | Expiration | Address | City | State | Zip | Phone |
|---|---|---|---|---|---|---|---|
| Newell Contracting LLC | PA198656 | 02/04/2027 | 2832 Dekalb Pike #1110 | East Norriton | PA | 19401 | 484-213-4132 |

|<   <   1   >   >|

1 of 1 pages (1 item)

ℹ️ The content of this site is the property of the Pennsylvania Office of Attorney General. Reuse of this content requires permission of the Press Office.

📞 Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA 17120
**1 (888) 520-6680**

?

Case 2:25-cv-01419-GAM   Document 33-6   Filed 06/24/26   Page 3 of 4

Copyright © 2026, All rights reserved.

Case 2:25-cv-01419-GAM     Document 33-6     Filed 06/24/26     Page 4 of 4

?