# EXHIBIT I



**1:15**   ▪▪▪ 5G⁰ 🔋

+1 (816) 375-4003 ›

Text Message
Fri, Nov 4 at 12:17 PM

Good morning,

Are you looking for any Equipment or trucks/ trailers this year? I can find/fund what you need. Hope all is well. Thanks!

jrwcap.com/equipment

Tue, Jan 24 at 2:05 PM

jrwcap.com/equipment
855-224-1500

Business Equipment & Trucks/Vans/Trailers
No Restrictions: Used & New





**1:15**

+1 (816) 375-4003 ›

need. Hope all is well. Thanks!

jrwcap.com/equipment

Tue, Jan 24 at 2:05 PM

jrwcap.com/equipment
855-224-1500

Business Equipment & Trucks/Vans/Trailers
No Restrictions: Used & New
No Down
3-6 Years
Buy Anywhere

Text YES to Start

The sender is not in your contact list.

**Report Junk**





