# EXHIBIT J

Case 2:25-cv-01419-GAM    Document 33-10    Filed 06/24/26    Page 1 of 3

**From:** Jourey Newell <elom227@gmail.com>
**Sent:** Monday, August 7, 2023 12:55 PM
**To:** Website Apps <info@jrwcap.com>
**Subject:** TCPA Consent Letter

**Attn:** Jonathan Robert Wasser
JR Capital, LLC
6815 E. Camelback Rd., #4007 ,
SCOTTSDALE, AZ 85251, USA

On November 4, 2022, I received a text message on my mobile phone from (816-375-4003). The text reads "Good morning, Are you looking for any Equipment or trucks/trailers this year? I can find/fund what you need. Hope all is well. Thanks! Jrwcap.com/equipment. After receiving this text  on November 4, 2022, I was texted again by JR Capital  on January 24, 2023. I am hereby specifically requesting to be placed on the company's internal Do not call list and at no time prior to this contact did I ever provide consent to the called/texted.

In addition to the alleged TCPA violations, Pennsylvania state law also provides further damages for your conduct. First, my number was listed on the Pennsylvania Do Not Call List prior to his receipt of any of the calls, which is a violation of 73 P.S. § 2245.2. A second violation occurred on each call when the telemarketing calls violated 73 P.S. § 2245.2(j):

No telemarketer shall fail to provide a residential or wireless telephone subscriber with the name of the caller, the name of the person or entity on whose behalf the call is being made, and upon request, a telephone number or address at which the person or entity may be contacted.

Finally, when the telemarketing calls failed to maintain an accurate Caller ID number and display, each act violated 73 P.S. § 2245.1 Furthermore, violations of Pennsylvania telemarketing laws are violations of the Pennsylvania Unfair Trade Practices and Consumer Protection Law. See 73 PS § 2246.

Please provide me with a copy of your company's Do-Not-Call Policy. Please cease and desist all telemarketing calls to my mobile telephone number (484) 213-4132.

I do not believe that I have ever provided my consent for your company to call my cellular telephone number 484-213-4132.

Before I proceed with a formal claim, I wanted to give your company an opportunity to explain these telemarketing calls.  Please forward to me any and all documents that might support your position that you had prior consent of any kind from anyone to make any telemarketing calls to 484-213-4132, as well as any other documents that might support your position that I have no claim under the Telephone Consumer Protection Act against you or your company (if that is in fact your position).

Please forward your response to this letter, along with copies of any relevant documents, to my attention by August 11, 2023.



**EXHIBIT**

**2**

05-27-2026          SB

**JR Capital - Newell 000021**

Regards,

----
Jourey Newell
671 S. Gulph Rd.
King of Prussia, PA 19406
484-213-4132
elom227@gmail.com

This message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender and destroy this copy.

**JR Capital - Newell 000022**