## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOUREY NEWELL**, individually and on behalf of all others similarly situated, | Case No. |
| *Plaintiff*, | 2:25-cv-01419-GAM |
| *v.* | |
| **JR CAPITAL, LLC** | |
| *Defendant*. | |

## INDEX OF EXHIBITS TO
## PLAINTIFF'S RESPONSE IN OPPOSITION
## TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**Exhibit 1** – Deposition of Paris Robbins (Excerpts)

**Exhibit 2** – Pennsylvania Home Improvement Contractor Registration Form

**Exhibit 3** – FMCSA Registration Form (Form MCS-150)

**Exhibit 4** – Deposition of Jourey Newell (Excerpts)

**Exhibit 5** – Defendant's Amended Verified Interrogatory Responses

**Exhibit 6** – Email to JR Capital