

**United States Department of Transportation**
**Federal Motor Carrier Safety Administration**

Motor Carrier Identification Report
*(Application for USDOT Number)*

# INSTRUCTIONS for FORM MCS-150

## TOPICS

**Federal Motor Carrier Safety Administration (FMCSA) Overview** .............................................................................................. i
**Filing Options** .............................................................................................................................................................................. i
**Step-by-Step Instructions** ....................................................................................................................................................... ii
**Where Can I Get Additional Help and Information?** ....................................................................................................... viii
**Motor Carrier Identification Report (MCS-150 Form)** .................................................................................................... 1

# FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION OVERVIEW

The Federal Motor Carrier Safety Administration (FMCSA) registration process requires that companies define the type of business operation (Motor Carrier, Broker, Shipper, Freight Forwarder and/or Cargo Tank Facility) that they plan to establish. FMCSA's responsibilities include monitoring and enforcing compliance with the Federal Motor Carrier Safety Regulations (FMCSR) and the Hazardous Materials Regulations (HMR) governing both safety and financial responsibility. The Agency's focus on both concerns is reflected in the dual path of its current registration process. Companies may find that they are subject to both registration requirements—USDOT Number (Forms MCS-150, MCS-150B, or MCS-150C) and Interstate Operating Authority (Forms OP-1, OP-1(P), OP-1(FF), OP-1(MX), or OP-2).

FMCSA encourages all applicants with Internet access to use our online registration site ([www.fmcsa.dot.gov/registration](www.fmcsa.dot.gov/registration)) to determine all FMCSA registration requirements. For applicants without Internet access, FMCSA can mail instructions, forms, and other materials designed to assist in the off-line registration process; call FMCSA at 1-800-832-5660.

These instructions assume that the applicant has determined that a USDOT Number is required and that the MCS-150 form must be submitted.

# FILING OPTIONS

There are two options for filing the necessary forms to obtain a USDOT Number:
- Completing and filing the required MCS-150 forms online; or
- Completing a printed copy and mailing to the FMCSA.

**FMCSA strongly encourages applicants to use the electronic online application process since it has built-in edit checks and simple yes-and-no questions for easy, accurate completion.** It is also significantly faster than applying by mail. The estimated time to complete the form online is approximately 20 minutes.

- **Option 1: Filing Online** *(recommended).*
  - We encourage you to print all related form instructions prior to completing the online forms.
  - To complete and submit application form(s), go to: [www.fmcsa.dot.gov/registration](www.fmcsa.dot.gov/registration).
  - Upon submission, a USDOT Number for the company is issued immediately, if the application is approved.
  - FMCSA suggests that you record the USDOT Number that is assigned.

- **Option 2: Filing Paper by Mail.**
  - Submit all required MCS and/or OP forms together.
  - Once the application is completed, FMCSA suggests making a copy for the company's files.
  - Mailed applications, on average, take four to six weeks processing time.
  - Notification of USDOT Number will be sent to the mailing address provided in items 8-11 of submitted MCS-150 or MCS-150B form.
  - Mail completed application form(s) to:
    **Federal Motor Carrier Safety Adminisration**
    Attention: USDOT Number Application
    1200 New Jersey Avenue SE, Room W65-206
    Washington, DC 20590

> **NOTE:** *Applications that are incomplete, unreadable, or unsigned will be rejected and returned via mail, delaying the receipt of the company's USDOT Number.*

# STEP-BY-STEP INSTRUCTIONS

These instructions will assist in preparing a complete and accurate MCS-150 application. The instruction numbers below correspond to the numbered items on the MCS-150 form. When completing the application, please print clearly in ink or type all information.

**Reason for Filing** *(Top of Form)* — The information in the table below represents the valid reasons for filing the MCS-150 form. Select one of the four reasons and mark its corresponding box at the top of the form under "Reason for Filing," and complete all the items on the form that are mandatory for the selected reason.

| If you would like to: | Select the following under "Reason for Filing": | Complete the following form items: |
|---|---|---|
| Obtain a USDOT Number – first time filer. | NEW APPLICATION | All applicable items (1-31); exclude items 16 and 28. |
| File the formal MCS-150 Biennial Update, or update MCS-150 information. | BIENNIAL UPDATE OR CHANGES | All applicable items 1-16, 21, 30-31, and any others where information has changed since the company's last update. |
| Notify FMCSA that the company is no longer operating as an interstate Motor Carrier. | OUT OF BUSINESS NOTIFICATION | All applicable items 1-16 and 30-31. |
| Reapply after New Entrant Registration has been revoked (USDOT Number inactivated). | REAPPLICATION (AFTER REVOCATION OF NEW ENTRANT) | All applicable items (1-31). In item 16 enter the USDOT Number previously assigned to the company. |
| Reactivate your inactive USDOT Number. | REACTIVATE | All applicable items (1-31). In item 16 enter the USDOT Number. |

> **NOTE:** *If the company was previously assigned a USDOT Number, do NOT submit this form to obtain a new USDOT Number. That is, if the company currently has or has had at any time a USDOT Number, then the only valid reasons for completing this form are: reapplication after revocation of a new entrant registration; out of business notification; or biennial update or other interim change to the company's MCS-150 application information.*
>
> *See instructions labeled "To find out if a company already has a USDOT Number" on page viii of this document.*
>
> ***If a sole proprietor owner/operator submits personal information for registration purposes to obtain a USDOT number or operating authority, this information will be publicly available on FMCSA websites. This published information may include, but is not limited to, the sole proprietor owner/operator's home address, telephone number, and email address when the contact information serves as the business contact information.***

1. **Legal Business Name** — This is the legal name of the business entity that owns/controls the Motor Carrier operation. The name entered here should be the full legal business name (the name on the incorporation certificate, partnership agreement, tax records, etc.).

   For example, if the company is a:
   - **Sole Proprietorship/Individual**, enter the legal name, e.g., "John A. Doe"
   - **Partnership**, enter the legal names of all partners, e.g., "John A. Doe and Jane B. Smith"
   - **Corporation**, enter the name on the incorporation certificate *(this name must include the type of corporation)*, e.g., "John Doe INC", "John Doe LLC".

2. **Doing Business As Name** — Enter the company's trade name if it is different from the company's official business name (the name entered in item 1). For example, if you entered "John A. Doe" in item 1 as the company's official business name, but the trade name, or "Doing Business As" name, is "John's Trucking Company", you would enter "John's Trucking Company" in this item.

3-6. **Principal Place of Business** — Enter the physical address of where the company is engaged in business operations related to the transportation of persons or property and where safety records are regularly maintained. This address will be used by FMCSA for on-site visits to Motor Carriers for the purpose of conducting safety audits, investigations, and other activities. **Note:** FMCSA will not accept a P.O. Box, private mailbox, virtual work center, or other location with no legal or functional relationship to the applicant's business.

7. **Colonia** *(Mexico Only)* — If the company's principal address (and safety records location) is in Mexico, enter the "Colonia" or "Barrio" in Mexico.

8-11. **Mailing Address** — Enter the mailing address where the company wants all its FMCSA correspondence to be sent (this may be a P.O. Box). If all parts of this address are the same as the "Principal Place of Business" *(items 3-6)*, check the "Same as Principal Address" button and skip items 8-11. However, if any parts of the mailing and principal addresses differ, check the "Mailing address below" button and complete all items 8-11.

12. **Colonia** *(Mexico Only)* — If the company's mailing address is in Mexico, enter the "Colonia" or "Barrio" in Mexico.

13. **Principal Business Phone Number** — Enter the primary telephone number, including area code, for the "Principal Place of Business" *(items 3-6)*. This may be a cell phone number.

Case 2:25-cv-01419-GAM   Document 34-4   Filed 07/08/26   Page 3 of 11

14. **Principal Contact Cell Phone Number** — Enter the cell phone number, if any, including area code. If this is the same as the "Principal Business Phone Number" *(item 13)*, enter "Same".

15. **Principal Business Fax Number** — Enter the company's fax number, if any, including area code. If this is the same as the "Principal Business Phone Number" *(item 13)*, enter "Same".

16. **USDOT Number** — If the company is not a new applicant (that is, if it already has a USDOT Number) enter the company's USDOT Number.

17. **MC or MX Number** — If the company has already been assigned an "MC" or "MX" identification number for Interstate FMCSA Operating Authority, enter the number. This includes MC or MX numbers that are pending.

18. **Dun & Bradstreet Number** — If the company has a Dun & Bradstreet identifier number, enter it. If you do not know the number, visit www.dnb.com, or call Dun & Bradstreet at 1-800-999-3867.

19. **IRS/Tax ID Number** — Enter the Employer Identification Number (EIN) assigned to the Motor Carrier company by the Internal Revenue Service. (**Sole proprietor owner/operators who do not have an EIN may submit their SSN instead of EIN, but are encouraged to obtain an EIN rather than using an SSN to register for a DOT number.**)

20. **E-Mail Address** — Enter the e-mail address, if the company has one, for the official point of contact.

21. **Carrier Mileage** — Enter the total mileage of all Commercial Motor Vehicles (CMV) in the company's operation to the nearest 10,000 miles for the previous 12 months. If the company has been in operation less than 12 months, enter mileage operated to date. If the company has not operated within the last 12 months, enter 0.

22. **Company Operations** — The company operation type will tell FMCSA what type(s) of Motor Carrier or Hazardous Materials Shipper operations the company plans to provide. If you select only Hazmat Shipper (no carrier operation) from the list, the company is not required to obtain a USDOT Number, so no filing is needed. Read the instructions and definitions below before responding. These selections will determine if this business is regulated by the FMCSA.

> **NOTE:** *The Pipeline and Hazardous Materials Safety Administration (PHMSA) regulates Motor Carriers and Shippers of hazardous materials. If the company will carry or ship hazardous materials it may need to be registered with PHMSA (https://www.phmsa.dot.gov/hazmat/registration) in addition to FMCSA.*

Select all that apply:

A. **Interstate Carrier** — The company is an Interstate Carrier if any part of its operation transports property or passengers in support of interstate commerce, i.e., the property or passengers cross State lines either before the company received them, while the company is transporting them, or after the company has transferred the property or passengers. The transportation of the property or passengers may include transport by plane, train, or boat in addition to the company's commercial motor vehicle. For example: if the origination and destination indicated on the bill of lading — when one exists — are not in the same State, then the shipment is interstate and the company needs to be registered as an Interstate Carrier.

The company is also considered to be an Interstate Carrier if the property or passengers being transported will ever do ANY of the following:
- Cross State lines (including a place outside the United States)
- Move from the United States or a U.S. territory to a foreign country, or vice versa
- Have origination and destination points within a State, but pass through another State or foreign country during transport.

B. **Intrastate Hazmat Carrier** — The company is an Intrastate Hazardous Materials Carrier if any part of its business operation meets ALL of the following criteria:
- Transports Hazardous Materials in quantities that are regulated by the Department of Transportation (DOT)
- Never crosses State lines (including a place outside the United States)
- Never moves from the United States or U.S. territory to a foreign country, or vice versa
- Never passes through another State or foreign country during transport.

The company is required to comply with FMCSA Safety Regulations and Hazardous Materials Regulations.

C. **Intrastate Non-Hazmat Carrier** — The company is an Intrastate Non-Hazardous Materials Carrier if its business operation meets ALL of the following criteria:
- Does NOT transport Hazardous Materials in quantities that are regulated by the DOT
- Never crosses State lines (including a place outside the United States)
- Never moves from the United States or U.S. territory to a foreign country, or vice versa
- Never passes through another State or foreign country during transport.

D. **Interstate Hazmat Shipper** — The company is an Interstate Hazardous Materials Shipper if any part of its business operation offers, or makes Hazardous Materials available to a carrier for, transportation in interstate or foreign commerce. If the company makes the Hazardous Materials available AND also transports the Hazardous Materials, then the company is considered to be both an Interstate Hazmat Shipper and an Interstate or Intrastate Motor Carrier. Companies that are Hazmat Shippers only (don't provide carrier transport) do not need a USDOT Number to operate and therefore are not required to file this form. Interstate Hazmat Shippers must, however, still comply with the Hazardous Materials Regulations.

Case 2:25-cv-01419-GAM    Document 34-4    Filed 07/08/26    Page 4 of 11

**E. Intrastate Hazmat Shipper** — The company is an Intrastate Hazardous Materials Shipper if it exclusively tenders or makes Hazardous Materials available to an Intrastate Hazmat Carrier for actual transport. If the company offers or makes available Hazardous Materials AND transports Hazardous Materials, then it is considered as both an Intrastate Hazmat Shipper and an Interstate or Intrastate Motor Carrier (both options should be selected in response to this item). If the company never operates as a carrier, but only operates as a Hazmat Shipper, it is not required to obtain a USDOT Number and need not file this form. However, it will be required to comply with the Hazardous Materials Regulations.

**23. Operation Classifications** — Operation classification is based on the type of business the company is engaged in and will help determine the FMCSA regulations the company is subject to. It will also determine if the company requires Interstate Operating Authority. The company's operations may place it under multiple operation classifications, so selections should be made carefully.

Definitions of Classifications:

**A. Authorized For-Hire** — A non-exempt (exempt Motor Carriers are defined in part B below) Motor Carrier who receives compensation for transporting passengers, FMCSA-regulated goods, or household goods that are owned by others.

**NOTE:** *If you select "Authorized For-Hire Carrier" as one of the company's operation classifications, the company will also be required to obtain Interstate Operating Authority (MC or MX Number) by filing the appropriate OP form with the FMCSA.*

**B. Exempt For-Hire** — A Carrier who receives compensation for transporting ONLY exempt goods (commodities that are NOT regulated by the FMCSA); or an Interstate Carrier transporting exclusively within a commercial zone that is exempt from FMCSA operating authority rules. Carriers are also exempt if they ONLY transport employees of their company (e.g., a company shuttles its own employees to and from a work station). Exempt status typically excuses a carrier from the Operating Authority requirement, but a USDOT Number is still required.

**NOTE:** *Administrative Ruling No. 119 (www.fmcsa.dot.gov/registration/administrative-ruling-119) provides additional guidance for identifying EXEMPT commodities (those NOT regulated by the FMCSA). If all the commodities that the company transports appear on this list, then the commodities are considered exempt. Information about commercial zone exemptions may be found at 49 CFR 372 (www.ecfr.gov/cgi-bin/retrieveECFR?gp=1&ty=HTML&h=L&mc=true&=PART&n=pt49.5.372).*

**C. Private Property** — A company that transports its own cargo, usually as a part of a business that produces, uses, sells, and/or buys the cargo that is being hauled.

**D. Private Motor Carrier of Passengers (Business)** — Private Motor Carrier of Passengers (Business) means a private motor carrier engaged in the interstate transportation of passengers which is provided in the furtherance of a commercial enterprise and is NOT available to the public at large. Examples include companies that use buses to transport their employees without collecting a fee from them, or professional entertainers who use buses to transport themselves to or from performances. Commercial businesses that provide passenger transportation to the general public are NOT Private Motor Carrier of Passengers (Business).

**E. Private Motor Carrier of Passengers (Non-Business)** — Private Motor Carrier of Passengers (Non-Business) means a private motor carrier involved in the interstate transportation of passengers which is NOT provided in the furtherance of a commercial enterprise and is NOT available to the public at large. Examples include churches, private schools, civic organizations, scout groups, and other organizations that own or lease a vehicle for the private transportation of their membership. If any of these organizations makes passenger transportation available to non-members and charges a fee for such service, it is operating as a for-hire carrier and is NOT a Private Motor Carrier of Passengers (Non-Business).

**F. Migrant** — Interstate transportation provided by a Contract Carrier, but not a Common Carrier, of three or more migrant workers to or from their employment using any motor vehicle other than a passenger automobile or station wagon. A Contract Carrier provides transport service to one or more companies on a contract basis. Contract carriers do not maintain a regularly scheduled service. A Common Carrier transports persons or property for pay to anyone at any time and to any place within its operating authority.

**G. U.S. Mail** — Transportation of U.S. mail under contract with the U.S. Postal Service.

**H. Federal Government** — Transportation of property or passengers by a U.S. Federal Government Agency.

**I. State Government** — Transportation of property or passengers by a U.S. State Government Agency.

**J. Local Government** — Transportation of property or passengers by a local municipality.

**K. Indian Tribe** — Transportation of property or passengers by a federally recognized Indian tribal government.

**NOTE:** *If the carrier's vehicles are sometimes leased to another motor carrier, select the appropriate options (A-K) indicating all types of operations performed.*

Case 2:25-cv-01419-GAM    Document 34-4    Filed 07/08/26    Page 5 of 11

OMB No.: 2126-0013 Expiration: 2/28/2029

**24. Cargo Classifications** — Refers to the types of materials the company transports or ships (offers for transport). The company may transport/ship materials from multiple categories. Select all the letters corresponding to the types of cargo the company transports/ships. If "Other" is selected, enter the name of the commodity in the space provided. The Motor Vehicles and Drive Away/Towaway options require Class 9 be marked under #25 for Miscellaneous Hazardous Materials. See www. fmcsa.dot.gov/regulations/hazardous-materials for more details.

> **NOTE:** *If you indicate that the company transports passengers, it means that the company uses a motorcoach, school bus, mini-bus, van, or limousine to transport passengers. Do not select this item if someone rides along to assist the driver when the company's primary business is to transport property. If you check this option, you will also have to indicate the number of each type of passenger vehicle that is owned or leased under the motorcoach, school bus, mini-bus, van, or limousine headings provided in item 26 of this form.*

**25. Hazardous Materials (Carrier or Shipper)** — Complete this item only if the company transports or ships (offers for transport) Hazardous Materials. Otherwise, proceed to item 26.

- The letters "C" and "S" in the columns refer to "Carrier" and "Shipper." Select "C" or "S" next to the Hazardous Materials that the company carries or ships. If the company is both a Carrier and a Shipper of the Hazardous Materials, select both "C" and "S."
- The letters "B" and "NB" refer to "Bulk" and "Non-bulk." Select "B" or "NB" next to the appropriate Hazardous Materials if the company transports/ships in Bulk or Non-Bulk as defined under 49 CFR 171.8.

The Hazardous Materials Classes and Divisions listed below correspond to those listed in 49 CFR 173.2. (Short descriptions are provided. For more information see the Hazardous Materials guide at www.fmcsa.dot.gov/regulations/hazardous-materials.)

| | |
|---|---|
| **A.** Div 1.1 Explosives (with mass explosion hazard) | **X.** Div 6.1 Liquid (Poisonous Liquid with no inhalation hazard) |
| **B.** Div 1.2 Explosives (with projection hazard) | **Y.** Div 6.1 Solid (Meets the definition of a poisonous solid) |
| **C.** Div 1.3 Explosives (with predominantly fire hazard) | **Z.** Div 6.2 Infectious Substance (Etiologic agent) |
| **D.** Div 1.4 Explosives (with no significant blast hazard) | **AA.** Div 6.2 Select Agents and Toxins (see 42 CFR part 73) |
| **E.** Div 1.5 Explosives (Very insensitive explosives; blasting agents) | **BB.** Class 7 Radioactive Materials |
| **F.** Div 1.6 Explosives (Extremely insensitive detonating substances) | **CC.** HRCQ (Highway Route Controlled Quantity of Radioactive Material) |
| **G.** Div 2.1 Flammable Gas | **DD.** Class 8 Corrosive Material |
| **H.** Div 2.1 LPG (Liquefied Petroleum Gas) | **EE.** Class 8 A (Corrosive Liquid which is a PIH Zone A) |
| **I.** Div 2.1 Methane Gas | **FF.** Class 8 B (Corrosive Liquid which is a PIH Zone B) |
| **J.** Div 2.2 Non-Flammable Compressed Gas | **GG.** Class 9 Miscellaneous Hazardous Materials (See www.fmcsa.dot.gov/regulations/hazardous-materials for more details) |
| **K.** Div 2.3 A (Poison Gas which is Poison Inhalation Hazard (PIH) Zone A) | **HH.** Elevated Temperature Material (Meets definition in 49 CFR 171.8 for an elevated temperature material) |
| **L.** Div 2.3 B (Poison Gas which is PIH Zone B) | **II.** Infectious Waste (Meets definition in 49 CFR 171.8 for an infectious waste) |
| **M.** DIV 2.3 C (Poison Gas which is PIH Zone C) | **JJ.** Marine Pollutants (Meets Definition in 49 CFR 171.8 for a marine pollutant) |
| **N.** DIV 2.3 D (Poison Gas which is PIH Zone D) | **KK.** Hazardous Sub (RQ) (Meets definition in 49 CFR 171.8 of a reportable quantity of a hazardous substance) |
| **O.** Class 3 Flammable and Combustible Liquid | **LL.** Hazardous Waste (Meets definition in 49 CFR 171.8 of a hazardous waste) |
| **P.** Combustible Liquid (Refer to 49 CFR 173.20 (b)) | **MM.** LTD. QTY. (Meets definition in 49 CFR 171.8 of Other Regulated Material) |
| **Q.** Div 4.1 Flammable Solid | |
| **R.** Div 4.2 Spontaneously Combustible Material | |
| **S.** Div 4.3 Dangerous When Wet Material | |
| **T.** Div 5.1 Oxidizer | |
| **U.** Div 5.2 Organic Peroxide | |
| **V.** Div 6.1 A (Poison Liquid which is a PIH Zone A) | |
| **W.** Div 6.1 B (Poison Liquid which is a PIH Zone B) | |

> **NOTE:** *Information on Poison Inhalation Hazards is found in column 7 of the Hazardous Materials table (49 CFR 172.101). Specific Hazardous Materials information can be obtained by accessing the Hazmat Table at www.fmcsa.dot.gov/regulations/hazardous-materials.*

**26(a). Number of Commercial Motor Vehicles (CMV) that will be operated in the U.S.** — Provide the number of each type of CMV that the company uses in its U.S. operations broken out by the method used to acquire the vehicle (owned, term-leased, or trip-leased). Owned means the company holds title to the CMV, term leased means the vehicle is leased for a specific time period or term of contract, and trip leased means the CMV is leased on a trip-by-trip basis as needed. If the company owns or leases a commercial motor vehicle that is used to transport passengers rather than property within the U.S. (includes motorcoach, school bus, bus, passenger van, or limousine only), then indicate the number of each type of passenger-carrying CMV (by its passenger-carrying capacity) that is owned, term-leased, or trip-leased. For passenger-carrying vehicles, count the driver as a passenger when determining a vehicle's passenger-carrying capacity. Reference the definitions for each type of passenger-carrying vehicle below. For example, if the company owns 3 straight trucks and 1 trailer and term leases 2 additional trailers, the table would be filled out like this:

| | Straight Trucks | Truck Tractors | Trailers | Hazmat Cargo Tank Trucks | Hazmat Cargo Tank Trailers | Motor-coach | Number of vehicles carrying number of passengers *(including the driver)* | | | | | | | | |
| | | | | | | | School Bus | | | Bus | Passenger Van | | Limousine | | |
| | | | | | | | 1-8 | 9-15 | 16+ | 16+ | 1-8 | 9-15 | 1-8 | 9-15 | 16+ |
| Owned | 3 | | 1 | | | | | | | | | | | | |
| Term Leased | | | 2 | | | | | | | | | | | | |
| Trip Leased | | | | | | | | | | | | | | | |

If the company transports passengers and has a term lease on 2 limos that carry 9 passengers each (including the driver) and owns 1 bus that carries 18 passengers (including the driver), the table would be filled out like this:

| | Straight Trucks | Truck Tractors | Trailers | Hazmat Cargo Tank Trucks | Hazmat Cargo Tank Trailers | Motor-coach | Number of vehicles carrying number of passengers *(including the driver)* | | | | | | | | |
| | | | | | | | School Bus | | | Bus | Passenger Van | | Limousine | | |
| | | | | | | | 1-8 | 9-15 | 16+ | 16+ | 1-8 | 9-15 | 1-8 | 9-15 | 16+ |
| Owned | | | | | | | | | | 1 | | | | | |
| Term Leased | | | | | | | | | | | | | | 2 | |
| Trip Leased | | | | | | | | | | | | | | | |

A Commercial Motor Vehicle (CMV) is typically used for business purposes and must meet specific criteria such as weighing 10,001 pounds or more, designed or used to transport more than 8 passengers (including the driver) for compensation, or more than 15 passengers, including the driver, if not receiving compensation for the transportation of passengers, or transporting hazardous materials requiring placarding. (Please refer to www.fmcsa.dot.gov/registration/do-i-need-usdot-number, for more information.)

Passenger vehicles are defined as:

- **Motorcoach** — A vehicle designed for long distance transportation of passengers, usually equipped with storage racks above the seats and a baggage hold beneath the passenger compartment.
- **School Bus** — A vehicle designed and/or equipped mainly to carry primary and secondary students to and from school, usually built on a medium or large truck chassis.
- **Bus, 16+** — A motor vehicle that is designed or constructed to transport 16 or more passengers (including the driver) that does not meet the definition of a motorcoach or a school bus of any size. Bus includes a mini-bus (which is typically built on a small truck chassis), a low-floor bus, and any other 16 or more passenger capacity vehicle not otherwise defined on this form.
- **Passenger Van** — A small motor vehicle designed or used to transport 15 or fewer passengers, including the driver. *(If the company uses a van to transport something other than passengers, enter the number of vehicles under "straight trucks.")*
- **Limousine** — A passenger vehicle usually built on a lengthened automobile chassis.

**26(b). Number of Non-Commercial Motor Vehicles (Non-CMV) that will be operated in the U.S.** — Please indicate the number of non-commercial motor vehicles your company operates that are used to transport federally regulated commodities owned by others and are required to have operating authority registration.

27. **Driver Information** — Enter the number of interstate and intrastate drivers who operate CMVs for the company on an average workday. Part-time, casual, term-leased, trip-leased, and company drivers should be included in the company's total driver headcount. Also, enter the total number of drivers (regardless of employment status) used in the company's operations (interstate and intrastate) and the total number of drivers that hold a valid Commercial Driver's License (CDL). Also, see the "100-mile-radius driver" consideration below.

**NOTE:** *The total number of drivers should be equal to all interstate plus all intrastate drivers. The total number of CDL drivers should be equal to or less than the total number of drivers.*

**100-mile radius driver**— Driver operates exclusively within a 100 air-mile radius of the normal work-reporting location. For example, the company has 10 drivers, 5 that operate in interstate commerce and 5 that operate in intrastate commerce. Of the 5 that are intrastate, 2 stay exclusively within the 100-mile radius of their work location and 3 go beyond the 100-mile radius. All of the 5 interstate drivers are operating beyond a 100-mile radius. Of the 10 drivers, 8 have their CDL. This is how the form would be completed:

| DRIVER INFORMATION | INTERSTATE | INTRASTATE | TOTAL DRIVERS | TOTAL CDL DRIVERS |
|---|---|---|---|---|
| Within 100-Mile Radius | | 2 | 10 | 8 |
| Beyond 100-Mile Radius | 5 | 3 | | |

28. **If the company's USDOT Number and registration are currently revoked by FMCSA** — Enter the company's assigned USDOT Number in the space provided.

29. **Passenger Carrier Compliance Certification —** All Passenger Carrier applicants must complete this section. Read the statement and select the "YES" response only if the statement is true. Private entities that are primarily in the business of transporting people, whose operations affect commerce, and that transport passengers in an over-the-road bus (defined as a bus characterized by an elevated passenger deck over a baggage compartment) are subject to the U.S. Department of Transportation's Americans with Disabilities Act regulations located at 49 CFR Part 37, Subpart H. For a general overview of these regulations, go to the Federal Motor Carrier Safety Administration's website at www.fmcsa.dot.gov/regulations/americans-disabilities-act-reporting-and-other-requirements-over-road-bus-companies.

30. **Enter name(s) of sole proprietor(s), officers, or partners and their titles —** If the company's legal business structure is "Sole Proprietor," then enter the owner's name and title in the spaces provided; otherwise, enter the name of two company partners (if the company is a partnership) or two corporate officers and their titles if the company is a corporation *(for example, corporate officers might include Vice President , Secretary, Treasurer, President)*.

31. **Certification Statement —** Print or type the name of the individual authorized to sign documents on behalf of the entity listed in item 1 (Name of Motor Carrier). This individual must sign, date, and print or type his/her name and title in the spaces provided. The individual's signature must match his/her name. The authorized signer in this item should match one of the names provided in response to item 30.

**NOTE:** *If this form is not signed and dated with a printed/typed name and title of an authorized individual, the application will be rejected and a USDOT Number will NOT be assigned.*

Case 2:25-cv-01419-GAM    Document 34-4    Filed 07/08/26    Page 8 of 11

OMB No.: 2126-0013 Expiration: 2/28/2029

# WHERE CAN I GET ADDITIONAL HELP AND INFORMATION?

For your convenience, the following is a list of helpful links, most of which are referenced in this instructions document. Information is provided in English-only unless otherwise specified.

1. **FMCSA Registration & Assistance Web page:**
   www.fmcsa.dot.gov/registration

2. **Printable Registration Forms:**
   www.fmcsa.dot.gov/mission/forms

3. **To find out If a company already has a USDOT Number:**
   Call FMCSA toll-free at 1-800-832-5660 or go to www.fmcsa.dot.gov/safety:

   a. Under the section "Company Safety Records" select "Snapshot."
   b. Select the option labeled "Name" and enter either the company's "D.B.A. Name" (Doing Business As Name) or its Legal Name.
   c. Click on the "Search" button.
   d. The system will inform you whether a USDOT Number is assigned to the name entered.



4. Mexico-based carriers should use the following site to determine **which forms are required to operate in the U.S.:** www.fmcsa.dot.gov/safety/new-entrant-safety-assurance-program (English) or www.fmcsa.dot.gov/mission/español (Spanish).

5. **Hazardous Materials Table/Hazardous Materials section** of the FMCSA website:
   www.fmcsa.dot.gov/regulations/hazardous-materials.

6. **Pipeline and Hazardous Materials Safety Administration** (PHMSA) registration:
   https://www.phmsa.dot.gov/registration/registration-overview.

7. To get a **Dun & Bradstreet number** or find out if a company already has one:
   www.dnb.com.

8. To determine if the company's commodities are exempt (**Administrative Ruling 119**):
   www.fmcsa.dot.gov/adminrule119.
   If any commodity the company is transporting does not appear on these lists as exempt, then it is regulated.

9. 49 CFR 390.5 "**Definitions**" for more information on **Private motor carrier of passengers (business)** and **Private motor carrier of passengers (nonbusiness):** www.ecfr.gov/cgi-bin/retrieveECFR?gp=1&ty=HTML&h=L&mc=true&=PART&n=pt49.5.390.

Please note, the expiration date as stated on this form relates to the process for renewing the Information Collection Request for this form with the Office of Management and Budget. This requirement to collect information as requested on this form does not expire. For questions, please contact the Office of Registration and Safety Information, Registration, Licensing, and Insurance Division.

**The collection of this information is authorized under the provisions of 49 CFR, Parts 390-399.**
Public reporting for this collection of information is estimated to be 20 minutes (and 7.5 minutes for the biennial updates) per response, including the time for reviewing the instructions and completing and reviewing the data inserted on the form electronically. All responses to this collection of information are mandatory, and will be provided in confidence to the extent allowed by law. Notwithstanding any other provision of law, no person is required to respond to nor shall a person be subject to a penalty for failure to comply with a collection of information subject to the requirements of the Paperwork Reduction Act unless that collection of information displays a current valid OMB Control Number. The valid OMB Control Number for this information collection is 2126-0013. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to: Information Collection Clearance Officer, Federal Motor Carrier Safety Administration, MC-MBI, U.S. Department of Transportation, Washington, D.C. 20590.



**United States Department of Transportation**
**Federal Motor Carrier Safety Administration**

Motor Carrier Identification Report

*(Application for USDOT Number)*

# FORM MCS-150

**REASON FOR FILING** *(select only one)***:**

○ *New Application*     ○ *Biennial Update or Changes*     ○ *Out of Business Notification*

○ *Reapplication (after revocation of new entrant)*     ○ *Reactivate*

**1. LEGAL BUSINESS NAME:** _____

**2. DOING BUSINESS AS NAME** *(if different from Legal Business Name)***:** _____

**3-7. PRINCIPAL PLACE OF BUSINESS** *(see 49 CFR 390.5T)***:**

| | | | | |
|---|---|---|---|---|
| 3. STREET ADDRESS/ROUTE NUMBER | 4. CITY | 5. STATE/PROVINCE | 6. ZIP CODE | 7. COLONIA *(Mexico only)* |

**8-12. MAILING ADDRESS:**     ○ *Same as Principal Address*     ○ *Mailing address below:*

| | | | | |
|---|---|---|---|---|
| 8. STREET ADDRESS/ROUTE NUMBER | 9. CITY | 10. STATE/PROVINCE | 11. ZIP CODE | 12. COLONIA *(Mexico only)* |

**13-15. CONTACT NUMBERS:**

| | | |
|---|---|---|
| 13. PRINCIPAL BUSINESS PHONE NUMBER | 14. PRINCIPAL CONTACT CELL PHONE NUMBER | 15. PRINCIPAL BUSINESS FAX NUMBER |

**16-19. IDENTIFICATION NUMBERS:**

| | | | |
|---|---|---|---|
| 16. USDOT NUMBER | 17. MC or MX NUMBER | 18. DUN & BRADSTREET NUMBER | 19. IRS/TAX ID NUMBER *(see instructions before completing this section)* |

**20. E-MAIL ADDRESS:** _____

**21. CARRIER MILEAGE** *(to nearest 10,000 miles for the previous 12 months)***:** _____

**22. COMPANY OPERATIONS** *(check all that apply)***:**

☐ **A.** Interstate Carrier     ☐ **B.** Intrastate Hazmat Carrier     ☐ **C.** Intrastate Non-Hazmat Carrier     ☐ **D.** Interstate Hazmat Shipper     ☐ **E.** Intrastate Hazmat Shipper

### 23. OPERATION CLASSIFICATIONS *(check all that apply)*:

☐ **A.** Authorized For-Hire  
☐ **B.** Exempt For-Hire  
☐ **C.** Private Property  

☐ **D.** Private Motor Carrier of Passengers *(Business)*  
☐ **E.** Private Motor Carrier of Passengers *(Non-Business)*  

☐ **F.** Migrant  
☐ **G.** U.S. Mail  
☐ **H.** Federal Government  

☐ **I.** State Government  
☐ **J.** Local Government  
☐ **K.** Indian Tribe  

### 24. CARGO CLASSIFICATIONS *(check all that apply)*:

☐ **A.** General Freight  
☐ **B.** Household Goods  
☐ **C.** Metal: Sheets, Coils, Rolls  
☐ **D.** Motor Vehicles  
☐ **E.** Drive Away/Towaway  
☐ **F.** Logs, Poles, Beams, Lumber  
☐ **G.** Building Materials  
☐ **H.** Mobile Homes  

☐ **I.** Machinery, Large Objects  
☐ **J.** Fresh Produce  
☐ **K.** Liquids/Gases  
☐ **L.** Intermodal Container  
☐ **M.** Passengers  
☐ **N.** Oil Field Equipment  
☐ **O.** Livestock  
☐ **P.** Grain, Feed, Hay  

☐ **Q.** Coal/Coke  
☐ **R.** Meat  
☐ **S.** Garbage, Refuse, Trash  
☐ **T.** U.S. Mail  
☐ **U.** Chemicals  
☐ **V.** Commodities Dry Bulk  
☐ **W.** Refrigerated Food  
☐ **X.** Beverages  

☐ **Y.** Paper Product  
☐ **Z.** Utility  
☐ **AA.** Farm Supplies  
☐ **BB.** Construction  
☐ **CC.** Water Well  
☐ **DD.** Other listed below:  

### 25. HAZARDOUS MATERIALS (Carrier or Shipper) *(check all that apply)*:
(C=Carrier; S=Shipper; B=Bulk, in cargo tanks; NB=Non-Bulk, in packages)

| | C | S | B | NB | | | C | S | B | NB | | | C | S | B | NB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **A.** DIV 1.1 | ☐ | ☐ | ☐ | ☐ | **N.** DIV 2.3D | | ☐ | ☐ | ☐ | ☐ | **AA.** DIV 6.2 (Select Agents and Toxins) | | ☐ | ☐ | ☐ | ☐ |
| **B.** DIV 1.2 | ☐ | ☐ | ☐ | ☐ | **O.** CLASS 3 | | ☐ | ☐ | ☐ | ☐ | **BB.** CLASS 7 | | ☐ | ☐ | ☐ | ☐ |
| **C.** DIV 1.3 | ☐ | ☐ | ☐ | ☐ | **P.** COMB LIQ | | ☐ | ☐ | ☐ | ☐ | **CC.** HRCQ | | ☐ | ☐ | ☐ | ☐ |
| **D.** DIV 1.4 | ☐ | ☐ | ☐ | ☐ | **Q.** DIV 4.1 | | ☐ | ☐ | ☐ | ☐ | **DD.** CLASS 8 | | ☐ | ☐ | ☐ | ☐ |
| **E.** DIV 1.5 | ☐ | ☐ | ☐ | ☐ | **R.** DIV 4.2 | | ☐ | ☐ | ☐ | ☐ | **EE.** CLASS 8A | | ☐ | ☐ | ☐ | ☐ |
| **F.** DIV 1.6 | ☐ | ☐ | ☐ | ☐ | **S.** DIV 4.3 | | ☐ | ☐ | ☐ | ☐ | **FF.** CLASS 8B | | ☐ | ☐ | ☐ | ☐ |
| **G.** DIV 2.1 (Flam. Gas) | ☐ | ☐ | ☐ | ☐ | **T.** DIV 5.1 | | ☐ | ☐ | ☐ | ☐ | **GG.** CLASS 9 | | ☐ | ☐ | ☐ | ☐ |
| **H.** DIV 2.1 LPG | ☐ | ☐ | ☐ | ☐ | **U.** DIV 5.2 | | ☐ | ☐ | ☐ | ☐ | **HH.** ELEVATED TEMP. MAT. | | ☐ | ☐ | ☐ | ☐ |
| **I.** DIV 2.1 (Methane) | ☐ | ☐ | ☐ | ☐ | **V.** DIV 6.1A | | ☐ | ☐ | ☐ | ☐ | **II.** INFECTIOUS WASTE | | ☐ | ☐ | ☐ | ☐ |
| **J.** DIV 2.2 | ☐ | ☐ | ☐ | ☐ | **W.** DIV 6.1B | | ☐ | ☐ | ☐ | ☐ | **JJ.** MARINE POLLUTANTS | | ☐ | ☐ | ☐ | ☐ |
| **K.** DIV 2.3A | ☐ | ☐ | ☐ | ☐ | **X.** DIV 6.1 LIQUID | | ☐ | ☐ | ☐ | ☐ | **KK.** HAZARDOUS SUB (RQ) | | ☐ | ☐ | ☐ | ☐ |
| **L.** DIV 2.3B | ☐ | ☐ | ☐ | ☐ | **Y.** DIV 6.1 SOLID | | ☐ | ☐ | ☐ | ☐ | **LL.** HAZARDOUS WASTE | | ☐ | ☐ | ☐ | ☐ |
| **M.** DIV 2.3C | ☐ | ☐ | ☐ | ☐ | **Z.** DIV 6.2 (Infect. Substance) | | ☐ | ☐ | ☐ | ☐ | **MM.** LTD. QTY. | | ☐ | ☐ | ☐ | ☐ |

### 26(a). NUMBER OF COMMERCIAL MOTOR VEHICLES (CMV) THAT WILL BE OPERATED IN THE U.S.:

| | Straight Trucks | Truck Tractors | Trailers | Hazmat Cargo Tank Trucks | Hazmat Cargo Tank Trailers | Motor–coach | Number of vehicles carrying number of passengers *(including the driver)* | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | School Bus | | | Bus | Passenger Van | | Limousine | | |
| | | | | | | | 1-8 | 9-15 | 16+ | 16+ | 1-8 | 9-15 | 1-8 | 9-15 | 16+ |
| Owned | | | | | | | | | | | | | | | |
| Term Leased | | | | | | | | | | | | | | | |
| Trip Leased | | | | | | | | | | | | | | | |

### 26(b). NUMBER OF NON-COMMERCIAL MOTOR VEHICLES (NON-CMV) THAT WILL BE OPERATED IN THE U.S.:

Non-CMV

### 27. DRIVER INFORMATION:

| DRIVER INFORMATION | INTERSTATE | INTRASTATE | TOTAL DRIVERS | TOTAL CDL DRIVERS |
|---|---|---|---|---|
| Within 100-Mile Radius | | | | |
| Beyond 100-Mile Radius | | | | |

### 28. IS YOUR USDOT NUMBER REGISTRATION CURRENTLY REVOKED BY THE FMCSA?

◯ *Yes*  ◯ *No*    If yes, enter your USDOT Number: _____

### 29. PASSENGER CARRIER COMPLIANCE CERTIFICATION:

ALL MOTOR PASSENGER CARRIER APPLICANTS must certify as follows:

*Applicant is fit, willing, and able to provide the proposed operations and to comply with all pertinent statutory and regulatory requirements, including the U.S. Department of Transportation's Americans with Disabilities Act regulations for over-the-road bus companies located at 49 CFR Part 37, Subpart H, if applicable.*

☐ YES

Private entities that are primarily in the business of transporting people, whose operations affect commerce, and that transport passengers in an over-the-road bus (defined as a bus characterized by an elevated passenger deck over a baggage compartment) are subject to the U.S. Department of Transportation's Americans with Disabilities Act regulations located at 49 CFR Part 37, Subpart H. For a general overview of these regulations, go to the Federal Motor Carrier Safety Administration's Web site at www.fmcsa.dot.gov/rules-regulations/bus/company/ada-guidelines.htm.

### 30. PLEASE ENTER NAME(S) OF SOLE PROPRIETOR, PARTNERS, OR OFFICERS, AND TITLES
*(e.g., president, treasurer, general partner, limited partner)*

1. _____    _____
2. _____    _____
    *(please type or print names)*                          *(please type or print titles)*

### 31. CERTIFICATION STATEMENT *(to be completed by one of the authorized company officials listed in #30)*:

I, _____, certify that I am familiar with the Federal Motor Carrier Safety Regulations and/or Federal
    *(please type or print name)*
Hazardous Materials Regulations. Under penalties of perjury, I declare that the information entered on this report is, to the best of my knowledge and belief, true, correct, and complete.

**Signature:** _____    **Title:** _____    **Date:** _____
                                                                          *(please type or print)*