IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff,*<br><br>v.<br><br>**JR CAPITAL, LLC**<br><br>    *Defendant* | Case No.<br><br>2:25-cv-01419-GAM |

## DECLARATION OF JOUREY NEWELL IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Jourey Newell, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am the Plaintiff in the above-captioned action. I am over eighteen years of age, I make this declaration based on my own personal knowledge, and if called as a witness I could and would testify competently to the matters stated herein.

2.      I am the subscriber and named account holder of a wireless telephone number ending in 4132. The 4132 number is assigned to an individual consumer cellular telephone service plan held in my own personal name, not in the name of Newell Contracting LLC or any other business, and is billed to my residential address in King of Prussia, Pennsylvania.

3.      I registered the 4132 number on the National Do Not Call Registry, and the number has remained on the Registry at all times relevant to this case, including before I received any of the text messages at issue.

4.      In October 2018, I acquired a separate telephone number ending in 1170 to serve as my business telephone number. Since October 2018, the 1170 number has been the number I hold out to the public for business, and it is the telephone number for my business, Newell Contracting LLC.

1

5.    Before October 2018, I operated a part-time landscaping business as a sole proprietorship, and during that period I received some calls related to landscaping on the 4132 number When I acquired the 1170 number in October 2018, the 1170 number became the number I gave out for business purposes, and it has remained so ever since, including for Newell Contracting LLC, which I formed in October 2023.

6    Since October 2018, I have not held the 4132 number out to the public as a business telephone number. Since October 2018 I have not given the 4132 number to a customer as the telephone number for my business.

7.    I have never submitted my information to Dun & Bradstreet, have never had any dealings with Dun & Bradstreet, and did not create, authorize, or maintain any listing of the 4132 number in any Dun & Bradstreet or other marketing database. Indeed, I note that the Dun & Bradstreet information produced by the Defendant in discovery in this regard does not indicate anything about my telephone number being a business number. It lists my personal name as the "Company Name," does not list a "business" phone for me, only a "Direct Phone" and "Phone 2," and an address on Brandywine Lane, which I am familiar with, since the 400 block of Brandywine Lane in King of Prussia consists entirely of residential, single family homes.

8.    I completed the Pennsylvania Attorney General's Home Improvement Contractor Registration for Newell Contracting LLC myself. That application asks for a "Business Telephone Number" and, separately, for a "Personal Telephone Number" in a "Point of Contact" section I answered those questions in accordance with the form and would have entered the 1170 number as the business telephone number and the 4132 number as the personal telephone number.

2

9      In entering the 4132 number in the Personal Telephone Number field, I did not intend to represent, and did not understand myself to be representing, that the 4132 number was Newell Contracting LLC's business telephone number I have no control over how the Attorney General's public search tool displays the information submitted on the registration form No one has ever contacted me for contracting work and told me they found the 4132 number through the Attorney General's registry, as I testified at my deposition.

10.     I also completed the Federal Motor Carrier Safety Administration's motor carrier registration for Newell Contracting LLC myself. That form asks separately for a business phone number and a cell phone number I entered the 4132 number in accordance with the application's prompt for a cell phone number, not as the business number. I registered with the FMCSA because regulations required it I never expected to gain customers through a USDOT listing

11.     As soon as I became aware that the 4132 number was being displayed on the FMCSA's public listing, I corrected the listing to show the 1170 number instead.

12.     My family members have, from time to time, shared the 4132 number with people who need contracting work, and some long-time customers who knew me before I acquired the 1170 number in October 2018 sometimes still reach me at the 4132 number out of habit. However, as I testified at my deposition, when that happens, I respond from the 1170 number. Since October 2018, I have not operated the 4132 number as a business line.

13      I never provided the 4132 number to JR Capital, LLC, and I never consented to receive telemarketing calls or text messages from JR Capital at that number.

14      Between November 4, 2022 and February 2025, I received at least five text message calls from JR Capital at my personal 4132 number, each advertising financing for trucks

3

and other business equipment. The text messages contained a link to "jrwcap.com" but did not identify JR Capital by name

15. On August 7, 2023, I sent an email to JR Capital from my personal email account requesting a copy of its do not call policy and demanding that it cease and desist all telemarketing calls, including text message calls, to me In that email, I described the 4132 number as my cellular telephone and stated that I had never provided consent for JR Capital to call it I continued to receive text message calls from JR Capital at the 4132 number after I sent that email

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this ⅂ day of ⎽⎽July⎽⎽ , 2026

Jourey Newell

4