## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOUREY NEWELL**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**JR CAPITAL, LLC**<br><br>*Defendant*. | Case No.<br><br>2:25-cv-01419-GAM |

**[PROPOSED ORDER DENYING]**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

AND NOW, this _____ day of _____, 2026, upon consideration of Defendant's

Motion for Summary Judgment, Plaintiff's opposition, and any response thereto, it is hereby

ORDERED that the Motion is DENIED.


BY THE COURT:


_____
Hon. Gerald A. McHugh, J.

1