# EXHIBIT L

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOUREY NEWELL,                )

individually and on           )

behalf of all others          )

similarly situated,           )

                              )

        Plaintiffs,           )

                              )   No. 2:25-cv-01419-GAM

    vs.                       )

                              )

JR CAPITAL, LLC,              )

                              )

        Defendant.            )

        The confidential discovery deposition of JOUREY NEWELL, for examination taken in the above-entitled cause before ANDREW R. PITTS, CSR, RPR, taken via videoconference on May 13, 2026, at the hour of 10:03 a.m. Eastern Time pursuant to Notice.

STENOGRAPHICALLY REPORTED BY:

ANDREW R. PITTS, CSR, RPR

State of Illinois CSR License No. 084-004575

a work-related call.

BY MR. HELFAND:

Q. So is it your testimony, then, that Newell Contracting does not advertise on any sort of bid networks or that kind of thing online?

MR. PERRONG: Objection to form.

BY THE WITNESS:

A. My testimony would be that I don't believe I ever put information for Newell Contracting into any sort of bid network.

BY MR. HELFAND:

Q. You never had any conversations with anyone related to any kind of bid network in connection with Newell Contracting; is that your testimony?

A. I can't be certain.

Q. So, in other words, if you do an internet search of Newell Contracting, and it's brought back with these bid networks, how did that happen?

MR. PERRONG: Objection to form.

BY THE WITNESS:

A. I can't be certain. There's all sorts of stuff found on the internet, so I don't know

86

what would show up if you Googled or tried to find Newell Contracting on a bid network.  I don't know.

BY MR. HELFAND:

Q.   Got it.  Okay.  But it's your testimony that this phone call did not relate to Newell Contracting; is that fair?

A.   To my knowledge, I don't recognize either the name or the phone number.  I don't recall what the nature of the call was.

Q.   So -- and I don't want to try and trip you up, that's not any goal here.  I'm trying to get to basically the truth of the matter.

So it could have related to Newell Contracting, it might not have, that's what you can say truthfully at this point; is that fair?

MR. PERRONG:  Objection to form.

BY THE WITNESS:

A.   I don't recall the nature.  That's all I can -- I don't recall the nature of the call.

BY MR. HELFAND:

Q.   I think we're saying the same thing. Let's move on.

Okay.  So remind me, during this time,

JOUREY NEWELL v. JR CAPITAL, LLC
NEWELL            CONFIDENTIAL/ATTORNEYS' EYES ONLY                5/13/2026

87

you said you were employed by Abbonizio Construction; is that right?

A.    Yes, that's correct.

Q.    And you were also employed by Barrow Construction; is that correct?

A.    Not during the same time period, if that's --

Q.    Right.  That -- and that was my five years, and you weren't sure if it was 2021 or 2022, so you didn't want to commit to that.

A.    Yeah, and I think Barrow was roughly five years ago.  I just --

Q.    Give or take, give or take a month here or there?

A.    Yeah.

Q.    Okay.  So this incoming call from 610-405-9212 is from Barrow Construction, correct?

MR. PERRONG:  Objection to form.

BY THE WITNESS:

A.    From 610-405-9212?

BY MR. HELFAND:

Q.    Uh-huh.

A.    I don't know that that's their phone number.  If you're telling me it is, then I trust

88

your -- that's who it is.

Q.    That's fine.  I'll represent that that's what the internet tells us.  According to its website, that's the number for Barrow Construction.

So this call would have related to Newell Contracting, correct?

A.    No, my mom and my aunt both work for Barrow Construction, so they'll regularly call me on their work phone to discuss.

Q.    Got it.  Okay.

MR. PERRONG:  I'll also note that I'm on Barrow's Construction's website right now, and that's not the telephone number for Barrow Construction.  So your representation is inaccurate.

MR. HELFAND:  Like I said, it was either a Google search or a website search.

BY MR. HELFAND:

Q.    Let's see.  What about the number 5 -- I'm sorry.

What about 825-5151; do you recognize that number?

A.    To no, I do not.

89

Q.    Okay.  That number appears to be the number for Steven Kempf Building Materials Company, and according to their website, they serve construction customers.

So would these calls have related to Newell Contracting?

A.    No.

Q.    What would the calls have related to?

A.    I do know Steven Kempf.  It's a local building material supplier.

At the time, I can't recall what project I would have been working on, but I was probably calling and asking about supplies for some project at home.

Q.    So, again, if we were to bring Mr. Kempf in here, his testimony would not be that you contacted him about building materials for Newell Contraction-- I'm sorry, Newell Contracting?

A.    I'm fairly certain of that.

Q.    Okay.  You believe that these calls related to a home improvement project; is that your testimony?

A.    Yes, that's correct.

Q.    Okay.  How about 610-630-0423, do you recognize that number?

A.    No, I do not.

Q.    So you don't recognize that number as the number for J & L Building Materials?

MR. PERRONG:  Objection to form.

BY THE WITNESS:

A.    I don't recognize the number of that for J & L, no.

BY MR. HELFAND:

Q.    But are you familiar with J & L Building Materials?

A.    I want familiar with them, yes.

Q.    And have you dealt with them in connection with Newell Contracting?

A.    I don't believe I have ever dealt with them for Newell Contracting.

Q.    Well, for what reason would you have dealt with them besides Newell Contracting?

A.    For home improvement.

Q.    Okay.  So, in other words, you didn't do business with J & L Building -- I'm sorry, let me take a step back.

So you've never used materials from

J & L Building Materials in your Newell Contracting work?

MR. PERRONG:  Objection to form.

BY THE WITNESS:

A.    I can't think of an instance that I have.  I can think of an instance when I did use them for a home improvement project, though.

BY MR. HELFAND:

Q.    Okay.  Fair enough.  Now, I think we have talked about that you also have several other business ventures that you're involved in right now; is that correct?

A.    Yeah, I guess whether you want to classify it as a business or an investment, yes.

Q.    Okay.  And that's fine.  Let's just -- you say "tomato," I say "to-mah-to"; you'll say it's an investment, I'll say it's a business, or you'll say it's a business, I'll say it's an investment.  I'm just talking about, you know, we've got the judgment company, we've got Newell Contracting, we've got the investment property in King of Prussia, we've got the investment property in the Poconos, right?

A.    That's correct.

92

Q.    Okay.  So the number ▮▮▮▮, do you recognize that number?

A.    Yes.

Q.    And whose number is that?

A.    I believe that's Yesenio's (phonetic) phone.

Q.    Okay.  And we have already discussed that you and Mr. Verraro are in a business together.  That's the collections judgment business, correct?

A.    Yes.

Q.    Okay.  And what about the number -- let's see.  I'll bring it up.

A.    I will also say for that, that we're also incredibly close friends, so I won't try to let you make the characterization that that's somehow a business related call just because we've spoken on the phone together.

Q.    But you are in business together; is that fair?

A.    That's fair.

Q.    You're co-founders of the judgment company and --

A.    That's correct.

121

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOUREY NEWELL,                    )
individually and on              )
behalf of all others             )
similarly situated,              )
                                 )
          Plaintiffs,            )
                                 )   No. 2:25-cv-01419-GAM
     vs.                         )
                                 )
JR CAPITAL, LLC,                 )
                                 )
          Defendant.             )

          I, JOUREY NEWELL, state that I have read
the foregoing confidential transcript of the
testimony given by me at my deposition on
May 13, 2026, and that said transcript constitutes
a true and correct record of the testimony given
by me at said deposition except as I have so
indicated on the errata sheets provided herein.


              _____
                   JOUREY NEWELL


No corrections (Please initial)_____
Number of errata sheets submitted_____
SUBSCRIBED AND SWORN to
before me this _____ day
of _____, 2026.


_____

122

CERTIFIED SHORTHAND REPORTER

REPORTER CERTIFICATE

I, ANDREW R. PITTS, a Registered Professional Reporter and Certified Shorthand Reporter within and for the County of Cook and State of Illinois, do hereby certify that heretofore, to wit, on May 13, 2026, personally appeared before me JOUREY NEWELL, a witness in a certain cause now pending and undetermined in the United States District Court for the Eastern District of Pennsylvania, wherein Jourey Newell, individually and on behalf of all others similarly situated are the Plaintiffs and JR CAPITAL, LLC is the Defendant.

I further certify that the witness was by me first duly sworn to testify the truth, the whole truth and nothing but the truth in the cause aforesaid; that the confidential testimony then given by the said witness was reported stenographically by me in the presence of said witness and was thereafter transcribed by me; and the foregoing is a true and complete transcript of the confidential testimony so given by the said witness as aforesaid.

123

The signature of the witness to the foregoing deposition was not waived.

I further certify that the taking of this confidential deposition was pursuant to notice and that there were present at the taking of said deposition the appearances as heretofore noted.

I further certify that I am not a relative or employee or attorney or counsel, nor a relative or employee of such attorney or counsel for any of the parties hereto, nor interested directly or indirectly in the outcome of this action.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my notarial seal on this 21st day of May, 2026.

_____

ANDREW R. PITTS, CSR, RPR

License No. 084-004575