**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOUREY NEWELL,** ***individually and on behalf of all others similarly situated,*** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 25-1419** |
| | : | |
| **JR CAPITAL, LLC** | : | |

**ORDER**

This 17th day of August, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment, ECF 33, is **GRANTED**.

/s/ Gerald Austin McHugh
United States District Judge